## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| **Yun CHAN,** | ) |
| *Plaintiff-Petitioner,* | ) Case No. 1:25-cv-07492 |
| v. | ) **NOTICE OF APPEARANCE OF *PRO BONO* COUNSEL** |
| **Judith ALMODOVAR**, in her official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; **Todd LYONS**, in his official capacity as Acting Director U.S. Immigration and Customs Enforcement; **Kristi NOEM** in her official capacity as Secretary of Homeland Security; **Pam BONDI**, in her official capacity as Attorney General; **U.S. Department of Homeland Security;** and **U.S. Immigration and Customs Enforcement**, | ) |
| *Defendants-Respondents.* | ) |

PLEASE TAKE NOTICE that Andrew Wiktor of Pillsbury Winthrop Shaw Pittman LLP hereby appears in this action on behalf of Plaintiff Yun Chan. The undersigned respectfully requests that notice of electronic filing of all papers, as well as copies of all other documents that are required to be served or delivered to counsel, be transmitted to him at the address given below.

Dated:  New York, New York
September 9, 2025

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By:    */s/ Andrew Wiktor*
Andrew Wiktor
andrew.wiktor@pillsburylaw.com
Bar Number: 5791504
31 West 52nd Street
New York, NY 10019
Telephone: +1 (212) 858-1000

*Attorney for Plaintiff Yun Chan*