UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Yun CHAN,** *Plaintiff-Petitioner,* v. **Judith ALMODOVAR**, in her official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; **Todd LYONS**, in his official capacity as Acting Director U.S. Immigration and Customs Enforcement; **Kristi NOEM** in her official capacity as Secretary of Homeland Security; **Pam BONDI**, in her official capacity as Attorney General; **U.S. Department of Homeland Security;** and **U.S. Immigration and Customs Enforcement**, *Defendants-Respondents*. | Case No. 1:25-cv-07492<br><br>**PETITIONER'S NOTICE OF EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER** |

**Moving Party:**   Plaintiff-Petitioner

**Place:**   United States District Court for Southern District of New York
Daniel Patrick Moynihan
500 Pearl St. Courthouse
New York, New York

**Relief Sought:**   Pursuant to Federal Rules of Civil Procedure 65(b)(2) ("Fed. R. Civ. P."), Petitioner respectfully moves the Court for a temporary restraining order pending adjudication of his Complaint and Verified Petition for Writ of *Habeas Corpus* ("Petition")

**Papers Submitted in Support:**   Memorandum of Law

**Intent to Reply:**   Petitioner respectfully requests the opportunity to respond to any opposition filed by Respondents to the instant motion.

Dated: September 9, 2025
      New York, New York

Respectfully submitted,

**PILLSBURY WINTHROP SHAW PITTMAN LLP**

By: */s/ David Oliwenstein*
    David Oliwenstein
    Andrew Wiktor
    Catherine Perez
    Fangwei Wang
    31 West 52nd Street
    New York, NY 10019-6131
    Tel.: (212) 858-1000
    Fax.: (212) 858-1500
    david.oliwenstein@pillsburylaw.com
    andrew.wiktor@pillsburylaw.com
    catherine.perez@pillsburylaw.com
    fangwei.wang@pillsburylaw.com

*Attorneys for Plaintiff-Petitioner Yun Chan*