UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Yun CHAN,**<br><br>    *Plaintiff-Petitioner,*<br><br>  v.<br><br>**Judith ALMODOVAR**, in her official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; **Todd LYONS**, in his official capacity as Acting Director U.S. Immigration and Customs Enforcement; **Kristi NOEM** in her official capacity as Secretary of Homeland Security; **Pam BONDI**, in her official capacity as Attorney General; **U.S. Department of Homeland Security;** and **U.S. Immigration and Customs Enforcement**,<br><br>    *Defendants-Respondents*. | Case No. 1:25-cv-07492<br><br>**DECLARATION IN SUPPORT OF PETITIONER'S MEMORANDUM OF LAW IN SUPPORT OF EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER** |

I, ANDREW WIKTOR, hereby declare as follows:

  1. I am a member of the State Bar of New York and the Bar of this Court. I am a Senior Associate at the law firm of Pillsbury Winthrop Shaw Pittman LLP, *pro bono* counsel for Plaintiff Yun Chan in the above-captioned action.

  2. I have personal knowledge of the facts set forth below, and if called as a witness, I could and would competently testify to the truth of the facts set forth herein.

  3. I make this declaration in support of Plaintiff's Emergency Motion for a Temporary Restraining Order.

4. Attached hereto as **Exhibit 1** is a true and correct copy of a November 13, 2020 Order of Supervision issued by the United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") to Yun Chan.

5. Attached hereto as **Exhibit 2** is a true and correct copy of a September 5, 2025 letter from Nishan Bhaumik to ICE.

6. Attached hereto as **Exhibit 3** is a true and correct copy of a September 9, 2025 email I sent Assistant United States Attorneys for the Southern District of New York Anthony Sun and Brandon Waterman.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

| | |
|---|---|
| Dated: September 9, 2025<br>New York, New York | /s/*Andrew Wiktor*<br>Andrew Wiktor |