# EXHIBIT 2

# CRAVATH

Nishan Bhaumik
nbhaumik@cravath.com
T+1-212-474-1736
New York

September 5, 2025

To Whom It May Concern:

  I write on behalf of Yun Chan, whose file number with the United States Immigration and Customs Enforcement agency of the Department of Homeland Security ("ICE") is A72 747 739.  I, along with my colleagues at Cravath, Swaine & Moore LLP and Kate Mogulescu of Brooklyn Law School, represent Mr. Chan in another pro bono matter in connection with potentially pursuing potential post-conviction relief under the Survivors of Trafficking Attaining Relief Together Act ("START" Act),[1] which was amended to allow individuals to move to vacate their criminal convictions where their participation in the underlying offense was a result of having been a victim of labor trafficking as defined under federal or New York law.[2]

  Although we do not represent Mr. Chan with respect to his immigration status—and this letter does not constitute an appearance on behalf of Mr. Chan with respect to his immigration status—I write to provide you with information that I hope will assist Mr. Chan with explaining his circumstance to ICE.

  Mr. Chan regularly checks in with ICE, and he has a check-in scheduled for September 8, 2025.  In connection with Mr. Chan's check-ins, he has been asked multiple times by ICE agents to provide documentation that he cannot provide.  As detailed in the Declaration of Tracy Yuxuan Cui, attached hereto as Exhibit A, Mr. Chan was instructed by an ICE officer to bring a completed application for a Chinese passport to his ICE check-in on April 4, 2023.  When Mr. Chan tried to apply for a passport, however, he was required to provide a Chinese

---

[1] C.P.L. § 440.10(1)(i).

[2] 2021 Sess. Law News of N.Y. Ch. 629 (A. 459).

**NEW YORK**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
100 Cheapside
London, EC2V 6DT
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP

identification number, which he does not have.  He was therefore unable to complete the application.

Thereafter, as part of his check-in on September 9, 2024, Mr. Chan was asked by an ICE agent to provide proof from the Chinese consulate that he is not a Chinese citizen.  I understand that the consulate was unable to provide a letter stating that Mr. Chan does not have Chinese citizenship.  Mr. Chan also had a check-in on December 4, 2024, which he went to, and was then given the September 8, 2025 date for his upcoming check-in.

Should you have any questions, you can reach me at nbhaumik@cravath.com or 212-474-1736.

Regards,

Nishan Bhaumik

2

# Exhibit A

## DECLARATION OF TRACY YUXUAN CUI

I, Tracy Yuxuan Cui, hereby declare under penalty of perjury under the laws of the United States of America, that the following is true and correct to the best of my knowledge.

1. My name is Tracy Yuxuan Cui, and I am a senior litigation paralegal at Cravath, Swaine & Moore LLP ("Cravath"), a law firm located at 825 Eighth Avenue, New York, New York 10019. I am fluent in Mandarin.

2. Cravath represents Yun Chan pro bono in another matter.

3. Cravath does not specifically represent Mr. Chan with respect to his immigration status, and this affidavit does not constitute an appearance on behalf of Mr. Chan with respect to his immigration status.

4. Mr. Chan regularly checks in with the United States Immigration and Customs Enforcement agency ("ICE"). I understand that at Mr. Chan's check in on March 23, 2023, an ICE officer instructed Mr. Chan to bring a completed application for a Chinese passport to his next ICE check-in, scheduled for April 4, 2023.

5. To comply with ICE's instructions, Mr. Chan visited the Consulate General of the People's Republic of China in New York to request a hard copy of a Chinese passport application. There, Mr. Chan was informed that they no longer use paper applications. Because paper applications for a passport are unavailable, Mr. Yun was informed that he must apply online.

6. I assisted Mr. Chan with researching how to apply online and learned that applications can be completed through the Chinese Consular Affairs mobile application.

7. Mr. Chan downloaded this application and, with my assistance, attempted to apply for a Chinese passport.

8. True and correct copies of the screenshots of the steps that Mr. Chan encountered when attempting to complete the passport application are attached hereto as **Exhibit A**. These steps, which are in Mandarin, show that at the name verification step of the application process, Mr. Chan was required to provide a Chinese identification number. Mr. Chan does not have a Chinese identification number and he was unable to complete the application.

_Tracy Cui_

4/3/2023
Date

# Exhibit A

Screenshot 1:



Screenshot 2:



Screenshot 3:

