# EXHIBIT 3

# Wiktor, Andrew

| | |
|---|---|
| **From:** | Wiktor, Andrew |
| **Sent:** | Tuesday, September 9, 2025 11:14 PM |
| **To:** | 'Anthony.Sun@usdoj.gov'; 'Brandon.Waterman@usdoj.gov' |
| **Cc:** | Oliwenstein, David; Perez, Catherine; Wang, Fangwei |
| **Subject:** | Chan v. Almodovar et al., Case No. 1:25-cv-07492 (SDNY) - Habeas Petition and TRO |
| **Attachments:** | Petition for Writ of Habeas Corpus.pdf |

Dear Anthony and Brandon,

I hope this email finds you well.

We are *pro bono* counsel to Yun Chan, who was detained by the Department of Homeland Security, Immigration and Customs Enforcement when he appeared today, September 9, 2025, at 26 Federal Plaza for his regularly scheduled OSUP check in. We have commenced an action in the United States District Court for the Southern District of New York. Please see attached for a courtesy copy of our petition for a writ of *habeas corpus*.

Further, we will shortly be asking the Court to hear our request for a Temporary Restraining Order to enjoin the Government from transferring Mr. Chan out of this district during the pendency of our *habeas* proceeding. We would be grateful if the Government would consent to this interim relief. If so, we are happy to prepare and file a joint proposed order tomorrow, and we are also happy to discuss a proposed scheduling order for the Court's consideration.

In light of the late hour, we understand that you may not be in a position to respond tonight. We can make ourselves available first thing tomorrow morning to discuss. In the meantime, once we have filed our TRO papers, we will email the Chambers of Judge Paul A. Engelmayer, who is assigned as the Part One judge, to alert him to our request for preliminary relief.

Respectfully,
Andrew