UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Yun CHAN,** <br><br> *Plaintiff-Petitioner,* <br><br> v. <br><br> **Judith ALMODOVAR**, in her official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; **Todd LYONS**, in his official capacity as Acting Director U.S. Immigration and Customs Enforcement; **Kristi NOEM** in her official capacity as Secretary of Homeland Security; **Pam BONDI**, in her official capacity as Attorney General; **U.S. Department of Homeland Security;** and **U.S. Immigration and Customs Enforcement**, <br><br> *Defendants-Respondents.* | Case No.1:25-cv-07492 <br><br> **[PROPOSED] ORDER GRANTING TEMPORARY RESTRAINING ORDER** |

Upon consideration of Petitioner's Motion for a Temporary Restraining Order, the Memorandum of Law in Support of the Motion, and the Complaint and Verified Petition and Exhibits thereto, IT IS HEREBY ORDERED that:

1. Respondents are ORDERED to file a return as to why the Petition and temporary restraining order should not be granted by _____;

2. Petitioner shall have an opportunity to reply by _____;

3. This matter shall be heard by the Court on _____;

4. Pending consideration, Respondents ARE HEREBY RESTRAINED from attempting to remove the Petitioner outside of the jurisdiction of the United States District Court for the Southern District of New York; and

     6.     Any such other and further relief as the Court may find appropriate.

DATED: _____, 2025
New York

                                                      Hon. Paul A. Engelmayer
                                                      United States District Judge