UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUN CHAN,

                              Petitioner,

              -against-

JUDITH ALMODOVAR, et al.,

                              Respondents.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    9/10/2025

25-CV-07492 (MMG)

**ORDER TO SHOW
CAUSE**

MARGARET M. GARNETT, United States District Judge:

Upon consideration of Petitioner's Petition for a Writ of Habeas Corpus pursuant to 28

U.S.C. § 2241 (Dkt. No. 1) and motion for a temporary restraining order (Dkt. No. 6), IT IS

HEREBY ORDERED that:

1. Respondents are ORDERED to file a return on the Order to Show Cause as to why
   the Petition for a Writ of Habeas Corpus and the temporary restraining order should
   not be granted by **September 16, 2025**.

2. Petitioner shall file any reply by **September 19, 2025**.

3. The parties shall APPEAR before this Court for a hearing on the petition on
   **September 22, 2025 at 9:30 a.m.** in Courtroom 906 of the Thurgood Marshall
   Courthouse, 40 Foley Square, New York, New York 10007.

4. Pending consideration of the Petition, Respondents are hereby RESTRAINED from
   transferring the Petitioner out of the Southern District of New York and, relatedly, the
   United States of America.

5. Counsel may confer regarding the above deadlines and if all parties consent to
   extensions, including consent to extend the restraining order in Paragraph 4, they may
   make the request to the Court by letter.

1

By **September 11, 2025**, Petitioner's counsel is directed (1) to serve Respondents with a copy of the petition, along with a copy of this Order, by overnight mail or hand-delivery to the United States Attorney's Office for the Southern District of New York at 86 Chambers Street, New York, NY; and (2) to promptly file proof of such service on the docket.

Counsel for Respondents shall promptly enter notices of appearance.

Dated:  September 10, 2025
        New York, New York

                                        SO ORDERED.


                                        MARGARET M. GARNETT
                                        United States District Judge