UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| YUN CHAN,<br><br>         Petitioner,<br><br>  - against -<br><br>JUDITH ALMODOVAR; *et al.*,<br><br>         Respondents. | No. 25 Civ. 7492 (MMG)<br><br>NOTICE OF<br>APPEARANCE |

TO: Clerk of Court
   United States District Court
   Southern District of New York

   The undersigned attorney respectfully requests the Clerk to note his appearance in this case as counsel for Respondents and to add him as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

Date: New York, New York
    September 10, 2025

                   Respectfully submitted,

                   JAY CLAYTON
                   United States Attorney for the
                   Southern District of New York

          By:     /s/
              BRANDON M. WATERMAN
              Assistant United States Attorney
              86 Chambers Street, 3rd Floor
              New York, New York 10007
              Telephone: (212) 637-2743
              Facsimile: (212) 637-2786
              Email: brandon.waterman@usdoj.gov