UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x

YUN CHAN,

                Plaintiff-Petitioner,

      v.

JUDITH ALMODOVAR, in her official capacity as
Acting Field Office Director of New York, Immigration
and Customs Enforcement; TODD LYONS, in his
official capacity as Acting Director U.S. Immigration
and Customs Enforcement; KRISTI NOEM, in her
official capacity as Secretary of Homeland Security;
PAM BONDI, in her official capacity as Attorney General;
U.S. Department of Homeland Security; and
U.S. Immigration and Customs Enforcement,

                Defendants-Respondents.
------------------------------------------------------------------------x

**NOTICE OF APPEARANCE**

Civil Action No.
2:25-cv-5095

(Seybert, J.)

      PLEASE TAKE NOTICE that JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, THOMAS PRICE, Assistant United States Attorney, of counsel, hereby enters an appearance in the above-captioned action as counsel on behalf of Defendants-Respondents in this matter. This appearance is made without waiver to service, venue, or jurisdiction. The undersigned certifies that he is admitted to practice in this Court.

Dated: Central Islip, New York
       September 12, 2025

JOSEPH NOCELLA, JR.
United States Attorney
*Attorney for Defendants-Respondents*
Eastern District of New York
610 Federal Plaza
Central Islip, New York 11722

By:   /s/ *Thomas R. Price*
      Thomas R. Price
      Assistant U.S. Attorney
      (631) 715-7893
      thomas.price@usdoj.gov