# UNITED STATES DISTRICT COURT
## Eastern District of New York

YUN CHAN
- v -
JUDITH ALMODOVAR et al.

Presiding Judge: **Joanna Seybert, Senior U.S.D.J.**
Case No(s).: **2:25-cv-05095 (JS)**
Date: **09/12/2025**
Start Time: **4:52 PM**    Total Time: **40 Minutes**

## MINUTE ENTRY FOR A CIVIL PROCEEDING

SEALED PROCEEDING: ☐ Yes ☑ No

## I. APPEARANCES:

Petitioner : **Yun Chan**
Represented by : **Andrew Wiktor, David Oliwenstein, Catherine Perez**
Respondent : **Judith Almodovar, Todd Lyons, Kristi Noem, Pam Bondi, U.S. Department of Homeland Security**
Represented by : **Diane Leonardo-Beckmann, Thomas Russell Price, Mary M. Dickman**
Respondent : **U.S. Immigration and Customs Enforcement**
Represented by : **Diane Leonardo-Beckmann, Thomas Russell Price, Mary M. Dickman**

Other Appearances:

Court Reporter(s): **Paul Lombardi**

FTR Time(s):
Courtroom Deputy: **Doreen Flanagan**

## II. PROCEEDINGS HELD:

☑ In-Person          ☐ Bench Trial (*see pg. 3*)              ☐ Jury Selection (*see pg. 3*)              ☐ Pre-Trial Conference (*see pg. 2*)
☐ By Telephone       ☐ Contempt Hearing (*see pg. 2*)          ☐ Jury Trial (*see pg. 3*)                  ☐ Settlement Conference (*see pg. 2*)
☐ By Video           ☐ Evidentiary Hearing (*see pg. 2*)       ☐ Motion Hearing (*see pg. 2*)              ☐ Show Cause Hearing (*see pg. 2*)
                     ☐ Fairness Hearing (*see pg. 2*)          ☐ Preliminary Injunction Hearing (*see pg. 2*)  ☐ Status Conference (*see pg. 2*)
                     ☐ Jury Deliberation (*see pg. 3*)         ☐ Pre-Motion Conference (*see pg. 2*)

☑ Other Proceeding: **Emergency Oral Application**

## III. SUMMARY OF THE PROCEEDINGS:

- ☑ <u>Emergency Oral Application</u> held.
    - ☑ Hearing held regarding <u>Order from SDNY dated September 11, 2025 (Judge Margaret M. Garnett, U.S.D.J.)(ECF No. 25)</u>.
    - ☑ The parties presented their oral arguments to the Court.
    - ☐ Witness(es) were called for the:    ☐ _____; ☐ _____; ☐ _____.
    - ☐ Exhibits were entered into evidence.
    - ☐ The Court made the following ruling(s):
        - ☐ GRANTED, as to: _____.
        - ☐ DENIED, as to: _____.
        - ☐ GRANTED, in part, as to: _____.
        - ☐ Found MOOT, as to: _____.
        - ☐ Decision RESERVED, as to: _____.
    - ☑ The Court's decision: ☑ was entered on the record; ☐ will be entered under a separate order.
    - ☑ See Section V and/or VI (*page 5*) for additional details and/or rulings.

- ☐ _____ held.
    - ☐ The parties advised the Court of the status of the case.
    - ☐ The parties presented their oral arguments to the Court regarding the proposed motion(s).
    - ☐ The following briefing schedule was set:
        - ☐ _____ shall serve the <u>motion</u> and all supporting papers by:    _____
        - ☐ _____ shall serve the <u>opposition</u> to the motion and all supporting papers by:    _____
        - ☐ _____ shall serve the <u>cross-motion</u> and all supporting papers by:    _____
        - ☐ _____ shall serve the <u>reply</u> and all supporting papers by:    _____
        - ☐ _____ shall serve the <u>opposition to the cross motion</u> and all supporting papers by:    _____
        - ☐ _____ shall serve the <u>reply to the cross motion</u> and all supporting papers by:    _____
        - ☐ The parties are directed to file their motion papers in accordance with the Court's Individual Rules regarding BUNDLING (<u>see</u> Rule III).
        - ☐ The Court will not grant any extensions of the deadlines set forth above.
    - ☐ The parties were directed to file a proposed briefing schedule on or before _____.
    - ☐ The Court deemed, or previously deemed, this case TRIAL READY.
        - ☐ The Court set the following pre-trial submission schedule:
            - ☐ <u>Motion(s) in Limine</u> and all supporting papers shall be filed by:    _____
            - ☐ <u>Opposition(s) to Motions in Limine</u> and all supporting papers shall be filed by:    _____
            - ☐ <u>Reply(ies) to Motions in Limine</u> and all supporting papers shall be filed by:    _____
            - ☐ Proposed <u>voir dire questions</u> and a <u>brief case summary</u> shall be filed by:    _____
            - ☐ Proposed <u>exhibits</u> and a <u>witness list</u> shall be filed by:    _____
            - ☐ Proposed <u>jury charge</u> and <u>verdict sheet</u> shall be filed by:    _____
            - ☐ The Court will not grant any extensions of the deadlines set forth above.
            - ☐ The parties are directed to submit courtesy copies of their submissions in accordance with the Court's Individual Rules (<u>see</u> Rule IV).
            - ☐ The parties are directed to e-mail copies of the proposed case summary, voir dire questions, witness list, jury charge, and verdict sheets in Word format to the Chambers e-mail at "Seybert_Chambers@nyed.uscourts.gov".
        - ☐ The parties were directed to file a proposed pre-trial submission schedule on or before _____.
        - ☐ The Court will enter a separate order outlining the pre-trial submission schedule.
    - ☐ See Section V and/or VI (*page 5*) for additional details and/or rulings.

- ☐ Fairness Hearing/Settlement Conference held.
    - ☐ The parties outlined the details of the settlement agreement.
    - ☐ No party(ies) appeared opposing the settlement.
    - ☐ Objections to the proposed settlement were heard.
    - ☐ The Court made the following ruling(s):
        - ☐ GRANTED, as to the:                ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
        - ☐ DENIED, as to the:                 ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
        - ☐ GRANTED, in part, as to the:       ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
        - ☐ Found MOOT, as to the:             ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
        - ☐ Decision RESERVED, as to the:      ☐ Motion for Settlement Approval; ☐ Motion for Attorney Fees.
    - ☐ The Court's decision: ☐ was entered on the record; ☐ will be entered under a separate order.
    - ☐ See Section V and/or VI (*page 5*) for additional details and/or rulings.

- ☐ Bench Trial held.
  - ☐ Opening statements heard from:    ☐ all parties; ☐ _____; ☐ _____; ☐ _____.
  - ☐ Opening statements waived by:     ☐ all parties; ☐ _____; ☐ _____; ☐ _____.
  - ☐ Witness(es) were called for:      ☐ all parties; ☐ _____; ☐ _____; ☐ _____.
  - ☐ Exhibits were entered into evidence.
  - ☐ _____ rests.
  - ☐ _____ rests.
  - ☐ _____ rests.
  - ☐ Summations were heard from:  ☐ all parties; ☐ _____; ☐ _____; ☐ _____.
  - ☐ Summations waived by:        ☐ all parties; ☐ _____; ☐ _____; ☐ _____.
  - ☐ The Court set the following post-trial submission schedule:
    - ☐ _____ shall file proposed Findings of Fact and Conclusions of Law by: _____
    - ☐ _____ shall file proposed Findings of Fact and Conclusions of Law by: _____
    - ☐ _____ shall file proposed Findings of Fact and Conclusions of Law by: _____
    - ☐ _____ shall file proposed Findings of Fact and Conclusions of Law by: _____
  - ☐ The Court's decision: ☐ was RESERVED; ☐ was entered on the record; ☐ will be entered under a separate order.
  - ☐ See Section V and/or VI (*page 5*) for additional details and/or rulings.

- ☐ Jury Selection/Voir Dire held.
  - ☐ The prospective jurors were sworn and given preliminary instructions by the Court.
  - ☐ The prospective jurors were asked questions touching upon their qualifications to serve as jurors.
  - ☐ A jury of _____ were selected and are satisfactory to all parties.
  - ☐ See Section V and/or VI (*page 5*) for additional details and/or rulings.

- ☐ Jury Trial held.
  - ☐ A jury of _____, previously selected by _____, are satisfactory to all parties.
  - ☐ The selected jurors were sworn as trial jurors.
  - ☐ The jurors were given preliminary instructions by the Court.
  - ☐ Opening statements heard from the:   ☐ _____; ☐ _____; ☐ _____.
  - ☐ Witness(es) were called for the:     ☐ _____; ☐ _____; ☐ _____.
  - ☐ Exhibits were entered into evidence.
  - ☐ _____ rests.
  - ☐ _____ rests.
  - ☐ _____ rests.
  - ☐ A Charge Conference was held with the Court and counsel.
  - ☐ Summations were heard from:  ☐ all parties; ☐ _____; ☐ _____; ☐ _____.
  - ☐ Summations waived by:        ☐ all parties; ☐ _____; ☐ _____; ☐ _____.
  - ☐ The Court charged the jury.
  - ☐ See Section V and/or VI (*page 5*) for additional details and/or rulings.

- ☐ Jury Deliberation held.
  - ☐ Jury Notes were received and marked as Court Exhibits.
  - ☐ The Court instructed the jury to continue their deliberations pursuant to Allen v. United States (*Allen Charge*).
  - ☐ The jury rendered their verdict.
  - ☐ The jurors were polled as to their verdict.
  - ☐ The Verdict Sheet was received and marked as a Court Exhibit.
  - ☐ The jurors were excused with the thanks of the Court.
  - ☐ See Section V and/or VI (*page 5*) for additional details and/or rulings.

## IV. FURTHER PROCEEDINGS SET:

☐ No further proceedings have been set at this time.

☑ The following proceedings have been set:
   ☑ Motion Hearing is set for **09/17/2025** at **12:00 PM** before Judge Joanna Seybert, in Courtroom 1030.
      ☑ Additional details regarding the proceeding set:

> Respondents opposition due on or before September 15, 2025. Petitioner's Reply due on or before September 16, 2025.

☐ _____ is set for _____ at _____ before _____, _____.
   ☐ Additional details regarding the proceeding set:

☐ _____ is set for _____ at _____ before _____, _____.
   ☐ Additional details regarding the proceeding set:

☐ _____ is set for _____ at _____ before _____, _____.
   ☐ Additional details regarding the proceeding set:

☐ The Court ordered one or more of the proceedings above to be held telephonically. The parties are directed to initiate a conference call among themselves, then they are to call the Court's Courtroom Deputy at the following number: **631-712-5615**.

☐ The Court ordered one or more of the proceedings above to be held by video, **via ZoomGov**. The parties on the case will be sent a separate notice by the Court's Courtroom Deputy with instructions on how to log into the video meeting as the scheduled date for the proceeding approaches.

☐ See Section V and/or VI (*page 5*) for additional details regarding the proceeding(s) set.

\*\*\*\* INTENTIONALLY LEFT BLANK \*\*\*\*

## V. OTHER RULINGS MADE DURING THE PROCEEDINGS:

☐ **The record of this proceeding was deemed SEALED.** Transcripts of this proceeding can be made available to the Court, the defendant(s), defense counsel, and the Government **ONLY**. Any other non-party must file a written request to the Court for permission to receive a copy of the transcripts.

☑ The Court made the following rulings:

> Counsel for Respondents presented an Emergency Application seeking to modify the Order from the SDNY dated September 11, 2025 (Judge Margaret M. Garnett, U.S.D.J.)(ECF No. 25), in particular, modification of Paragraph 3 of said Order, thereby permitting the removal of Petitioner, Yun Chan, from the EDNY to Moshannon Valley Processing Center, Philipsburg, Pennsylvania.
>
> Counsel for Petitioner opposed Counsel for Respondents' application as set forth on the record.
>
> After hearing Oral Arguments from both sides, the Court granted the Emergency Application, thereby permitting Petitioner to be transported from Nassau County Correctional Facility, upon his release, to Moshannon Valley Processing Center, Philipsburg, Pennsylvania.
>
> The Court directed the Respondent to obtain from ICE Petitioner's travel documents, if any, and file same with the Court.

## VI. ADDITIONAL RULINGS:

☑ The Court makes the following additional rulings (*not addressed during the proceedings*):

> The Court further modified the September 10, 2025 Order to Show Cause issued by Judge Margaret M. Garnett, U.S.D.J. (ECF No. 21) to the extent that Respondents' Opposition to the Petition is now due on or before September 15, 2025; and Petitioner's Reply is due on or before September 16, 2025; and the September 22, 2025 Hearing is advanced to September 17, 2025 at 12:00 PM before Judge Joanna Seybert in the Central Islip Courthouse, Courtroom 1030.