UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------X

YUN CHAN,

                Plaintiff,

  -against-

JUDITH ALMODOVAR, in Her Official
Capacity as Acting Field Office Director of
New York, Immigration and Customs
Enforcement, et al.,

                Defendants.

-----------------------------------------------------X

**NOTICE OF APPEARANCE**

Civil Action No.
25-cv-5095 (JS)

PLEASE TAKE NOTICE that JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, MARY M. DICKMAN, Assistant United States Attorney, of counsel hereby enters an appearance in the above-captioned action as counsel on behalf of Defendants in this matter. This appearance is made without waiver to service, venue, or jurisdiction. The undersigned certifies that she is admitted to practice in this Court.

Dated:  September 12, 2025
        Central Islip, New York

                                                JOSEPH NOCELLA, JR.
                                                United States Attorney
                                                Eastern District of New York
                                                Attorney for Defendant
                                                610 Federal Plaza, 5th Floor
                                                Central Islip, NY 11722-4454

                BY:     s/ Mary M. Dickman
                                MARY M. DICKMAN
                                Assistant United States Attorney
                                Tel: (631) 715-7863
                                Email: mary.dickman@usdoj.gov