UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------X

YUN CHAN,

                Plaintiff,

                -against-

JUDITH ALMODOVAR, in Her Official
Capacity as Acting Field Office Director of
New York, Immigration and Customs
Enforcement, et al.,

                Defendants.

-------------------------------------------------------X

**NOTICE OF APPEARANCE**

Civil Action No.
CV-25-5095

(Seybert, J.)

       PLEASE TAKE NOTICE that JOSEPH NOCELLA, JR., United States Attorney for the Eastern District of New York, DIANE LEONARDO, Assistant United States Attorney, of counsel hereby enters an appearance in the above-captioned action as counsel on behalf of Defendants in this matter. This appearance is made without waiver to service, venue, or jurisdiction. The undersigned certifies that she is admitted to practice in this Court.

Dated: September 15, 2025
       Central Islip, New York

                                JOSEPH NOCELLA, JR.
                                United States Attorney
                                Eastern District of New York
                                Attorney for Defendant
                                610 Federal Plaza, 5th Floor
                                Central Islip, NY 11722-4454

                BY:    /s/ Diane Leonardo
                                DIANE LEONARDO
                                Assistant United States Attorney
                                Tel: (631) 715-7854
                                Email: diane.beckmann@usdoj.gov