UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Yun CHAN,** <br><br> *Plaintiff-Petitioner,* <br><br> v. <br><br> **Judith ALMODOVAR**, in her official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; **Todd LYONS**, in his official capacity as Acting Director U.S. Immigration and Customs Enforcement; **Kristi NOEM** in her official capacity as Secretary of Homeland Security; **Pam BONDI**, in her official capacity as Attorney General; **U.S. Department of Homeland Security;** and **U.S. Immigration and Customs Enforcement**, <br><br> *Defendants-Respondents.* | Case No. 2:25-cv-05095 (JS) <br><br> **DECLARATION** |

I, ANDREW WIKTOR, hereby declare as follows:

1. I am a member of the State Bar of New York and a Senior Associate at the law firm of Pillsbury Winthrop Shaw Pittman LLP, *pro bono* counsel of record for Petitioner Yun Chan in the above-captioned action.

2. I have personal knowledge of the facts set forth below, and if called as a witness, I could and would competently testify to the truth of the facts set forth herein.

3. I make this declaration in support of Petitioner's Reply Memorandum of Law in Support of his Petition for a Writ of *Habeas Corpus*.

4. Attached hereto as **Exhibit 1** is a true and correct copy of a September 16, 2025 letter from David Stuart, a retired partner from Cravath, Swaine & Moore LLP.

5.  Attached hereto as **Exhibit 2** is a true and correct copy of a September 15, 2025 letter from Matthew Nussbaum.

6.  Attached hereto as **Exhibit 3** is a true and correct copy of a September 15, 2025 letter from Tracy Cui.

7.  Attached hereto as **Exhibit 4** is a true and correct copy of a September 15, 2025 letter from Zhengwen Ju.

8.  Attached hereto as **Exhibit 5** is a true and correct copy of a September 15, 2025 letter from Thomas Tang.

9.  Attached hereto as **Exhibit 6** is a true and correct copy of a September 15, 2025 letter from Samantha Sitterly of United Stateless.

10. Attached hereto as **Exhibit 7** is a true and correct copy of an April 3, 2023 letter from Heidi Chiu of Crime Victims Treatment Center.

11. Attached hereto as **Exhibit 8** is a true and correct copy of a New York State Parole Risk Assessment of Yun Chan from December 3, 2019.

12. Attached hereto as **Exhibit 9** are true and correct copies of letters in support of Yun Chan's parole application.

13. Attached hereto as **Exhibit 10** are true and correct copies of various certifications that Yun Chan achieved while incarcerated.

14. Attached hereto as **Exhibit 11** is a true and correct copy of a China 2022 International Religious Freedom Report from the United States Department of State.

15. Attached hereto as **Exhibit 12** is a true and correct copy of an article titled "Explore Christian Persecution By Country (China)."

16. Attached hereto as **Exhibit 13** is a true and correct copy of an Affidavit of Service dated September 12, 2025.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

Dated: September 16, 2025     *s/Andrew Wiktor*
       New York, New York     Andrew Wiktor