# Exhibit 1

**DAVID M. STUART** | Retired Partner
dstuart@cravath.com | T+1-212-474-1519

September 16, 2025

The Honorable Joanna Seybert
United States District Judge, Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

Dear Judge Seybert:

  I write in support of Yun Chan's application for release from ICE detention.

  I retired in 2022 as a partner at Cravath, Swaine & Moore, where I spent most of my 28-year legal career and served as Special Pro Bono Counsel until 2023. Serving as Special Pro Bono Counsel was the capstone of my legal career when I oversaw a firm initiative I founded – the "Incarcerated Survivors Initiative" – which sought to obtain sentencing relief and other remedies for incarcerated victims of domestic and sexual violence (including while incarcerated).

  Since retiring from Cravath, I completed seminary education at Yale Divinity School, was ordained in the United Church of Christ and currently serve as the Associate Minister at Wilton Congregational Church in Wilton, Connecticut.

  I met Mr. Chan in 2022 when Cravath agreed to represent him in his application to have his criminal record expunged so that he could seek lawful status in the United States. Mr. Chan was eligible for such relief because he entered the United States when he was a teenager as the victim of a human trafficking operation. His involvement in criminal activity was connected to the human trafficking operation when he was barely 18 years old.

  I have spent time with Mr. Chan on several occasions, including when we were evaluating whether to represent him as part of our *pro bono* initiative. Through Cravath's representation of Mr. Chan, I have learned excruciating details about the arduous circumstances he survived as he was moved by sophisticated human traffickers from one country to another over several years, ultimately ending up in Newark, New Jersey, and shortly thereafter being incarcerated in the United States for more than 20 years. Since his release, he has worked relentlessly to build a responsible, honest and law-abiding life in the United States. I believe that his record over the last five-plus years as a free man is far more indicative of who he is today than are the actions he took as an 18-year-old. Indeed, Mr. Chan's reformation began well before he was paroled by New York State—his prison record includes limited infractions from at least 10 years ago, a deep commitment to his religious faith (Christianity), and a variety of achievements that together demonstrate a journey of self-improvement.

  I believe that Mr. Chan's story is undeniably one of redemption, and I believe he will continue to be a contributing member of society if released.

Respectfully,

David M. Stuart

**NEW YORK**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700