# Exhibit 2

September 15, 2025

The Honorable Joanna Seybert
United States District Judge, Eastern District of New York
100 Federal Plaza, Courtroom 1030
Central Islip, New York 11722

Your Honor,

My name is Matthew Nussbaum. I am an attorney at Selendy Gay PLLC in New York; I previously clerked for Justice Rachel Wainer Apter on the Supreme Court of New Jersey and, before that, was an attorney at Cravath, Swaine & Moore LLP.

During my time at Cravath, I had the privilege of representing Yun Chan *pro bono* in connection with seeking to expunge his criminal record under New York's START Act. Throughout my time working with Yun, which spanned nearly a year, I found him to be upstanding, kind, diligent, and hardworking. Yun was employed the entire time I knew him, and he did an impressive job balancing his work responsibilities and our frequent meetings. He was extremely responsive to our outreach and always punctual. And I was struck by the warmth and respect he showed our team.

I remember the first time after he met with me and the other attorneys at Cravath who would be representing him, he sent me a text message thanking me and declaring it his "happiest day." I also remember the way he would become emotional when speaking about his parents, who he saw for the last time as a young man before leaving China. By the time I knew him, he wanted nothing more than to live his life peacefully here in the United States; to build a quiet life here in dignity. And, through his own hard work, he did exactly that. It is my hope that he is able to continue to live that life which, against great odds, he built.

Please do not hesitate to reach out to me with any questions. I can be reached by email at mnussbaum@selendygay.com or by phone at 856-534-8606.

Respectfully submitted,

Matthew Nussbaum