# Exhibit 3

September 15, 2025

The Honorable Joanna Seybert
United States District Judge, Eastern District of New York
100 Federal Plaza, Courtroom 1030
Central Islip, New York 11722

Your Honor,

My name is Tracy Cui. I am a third-year law student at Brooklyn Law School and, before beginning law school, I worked as a litigation paralegal at Cravath, Swaine & Moore LLP from May 2021 to June 2023. During my time at Cravath, I had the privilege of working on the team that supported Yun Chan *pro bono* in connection with seeking to expunge his criminal record under New York's START Act. I began assisting on his case in late 2021 and remained involved until my departure from Cravath, supporting the attorneys in many aspects of his matter and working closely with Yun throughout that time. Through this process, I came to know Yun well and witnessed his strength, honesty, and determination firsthand.

Yun was originally born in Fuzhou, China, in a rural area. When he was just thirteen or fourteen, his parents arranged for him to go to the United States, both in the hope that he might have a better life and so he could help support his family. His journey to this country was long and arduous, lasting three to four years. After his release from prison in 2020, he has built a life in New York City as a law-abiding citizen. He secured employment and supported himself, complied faithfully with his check-ins with ICE, and consistently expressed deep gratitude for the legal assistance he received. Yun always arrived punctually to meetings, spoke truthfully about his painful past, and demonstrated a remarkable commitment to bettering himself. He shared often that he had found Christianity and was motivated to live out his faith through work, aspiring to be a model citizen in his community. His resilience, humility, and integrity left a lasting impression on me.

Further, as I understand the Court is already aware from an affidavit that was submitted along with Yun's habeas petition, I helped Yun try to obtain a Chinese passport. We worked together to complete the digital passport form provided by the Chinese Consulate, but because Yun does not have a Chinese identification number, he was ultimately unable to secure travel documents despite our best efforts.

It is my sincere hope that Yun is permitted to remain in the United States, the country he has called home for more than three decades. Having overcome extraordinary adversity, he deserves the chance to continue living peacefully here and to continue to contribute to the community he has long been a part of.

Please do not hesitate to reach out to me with any questions. I can be reached by email at tracy.cui@brooklaw.edu or by phone (407)-775-1742.

Respectfully submitted,

Tracy Cui