# Exhibit 4

2025 年 9 月

敬启者：

  我叫 Zhengwen Ju，是位于美国纽约州锡拉丘兹市伊利大道东 2042 号二楼的阳地村烧烤餐厅负责人，也是 Yun Chan 目前的雇主。直到他最近被拘留之前，他一直在本餐厅工作。

  Yun Chan 先生一直是我们餐厅非常重要的员工。在他工作的期间，他始终表现出可靠、勤奋并且对职责高度投入的态度。他在过去一周的缺席，更让我们想到他所带来的奉献和积极态度，我们非常期待他能尽快重返岗位。

  我从未在他的工作或行为上遇到任何问题。他总是认真负责地完成工作任务，并在保持餐厅的顺畅运营方面给予了极大帮助。若您需要进一步信息，请随时与我联系。

祝好，


Zhengwen Ju

阳地村烧烤餐厅

September 2025

To Whom It May Concern,

  My name is Zhengwen Ju, and I am the manager of Yan Di Cun BBQ, located at 2042 Erie Blvd., E. Syracuse, NY, 13224, and I am Yun Chan's current employer. He had been working with us up until his recent detention.

  Mr. Yun Chan has been a valued employee of our restaurant. In his time with us, he has shown himself to be dependable, hardworking, and committed to his responsibilities. His absence in the past week has reminded us of the dedication and positive attitude he brings to our team, and we very much look forward to him returning to work.

  I have never had any problems with his work or behavior. He always does his job responsibly and has been a big help in keeping our restaurant running well. Should you require any further information, please do not hesitate to contact me.

Respectively,


Zhengwen Ju

Yan Di Cun BBQ