# Exhibit 5

敬启者：

我叫 Thomas Tang，是位于美国纽约市珍珠街 213 号二楼的富瑶餐厅的经理。

Yun Chan 先生曾在本餐厅工作。他在职期间是被批准合法在美国工作的。在任职期间，他始终表现出可靠、勤勉和敬业的工作态度。我从未在他的工作表现或行为方面遇到任何问题。相反，他总是高标准地完成各项职责，并为我们的团队做出了积极的贡献。

如需进一步信息，请随时与我联系。

此致
敬礼！


Thomas Tang
经理
富瑶餐厅

September 2025

To Whom It May Concern,

My name is Thomas Tang, and I am the manager of Yao Restaurant, located at 213 Pearl Street, 2nd Floor, New York, NY, 10038.

Mr. Yun Chan was previously employed at our restaurant. He was authorized to work in the United States during his employment with us. During his time with us, he consistently demonstrated reliability, diligence, and a strong work ethic. I never encountered any issues with his performance or conduct. On the contrary, he carried out his responsibilities to a consistently high standard and contributed positively to our team.

Please feel free to contact me if further information is required.

Sincerely,


Thomas Tang
Manager
Yao Restaurant