# Exhibit 6

September 15, 2025

**Re: Letter in Support of Yun Chan (A#072-747-739)**

Dear Honorable Judge,

I am the Staff Attorney at United Stateless (USL). USL is a national stateless-led organization with a mission to build community by those affected by statelessness and advocate for our human right to a nationality. This letter is in support of **Yun Chan**, a Stateless Community Member of USL.

A stateless person is one who is not considered a national by any state under operation of law. Stateless people in the United States are especially vulnerable, facing prolonged immigration detention, family separation, exploitation, and an inability to obtain any identification documents. Stateless people are sometimes called "doubly undocumented" or "citizens of nowhere." Our organization assists anyone in the United States who is stateless, at risk of statelessness, or directly affected by statelessness (e.g., immediate family members of stateless people). Due to the operation of applicable law, Yun Chan is a stateless person.

I first became aware of Mr. Chan in March 2023, when his attorney reached out to ask for advice. Since that date, USL has had direct contact with Mr. Chan. Mr. Chan is responsive to our communications. He has been screened for social services needs and connected to local resources. He has been responsible and proactive in securing stable housing and other basic needs for himself. He is a valued member of our Stateless Community, which holds regular calls and occasionally other events. USL plans to remain in contact with Mr. Chan to continue to support any needs, as well as include him in Stateless Community events.

The plight of stateless individuals calls for a compassionate and human rights-centered approach. I hope you take this into consideration and find a favorable outcome for Mr. Chan.

Sincerely,

Samantha Sitterley

PO BOX 4240, BOULDER, CO 80306-4240 || 720-263-7321 || samantha@unitedstateless.org

*United Stateless is a national organization led by stateless people whose mission is to build community among those affected by statelessness, and to advocate for their human rights.*