# Exhibit 7



April 3, 2023

TO:   New York Field Office
      Enforcement and Removal Operations
      U.S. Immigration and Customs Enforcement
      26 Federal Plaza, New York NY 10278

RE:   <u>Letter of Support for Mr. Yun Chan - (A072 747 739)</u>

Dear ICE Representative:

My name is Heidi Chiu, and I am a Licensed Master Social Worker in the State of New York, with license number: 111027. Currently, I am a staff therapist at Crime Victims Treatment Center, and formerly was a social worker of Safe Horizon's Anti-Trafficking Program. Over the past 5+ years, I have provided intensive case management and trauma-focused therapy services to survivors of war, persecution, sex and labor trafficking, domestic and interpersonal violence, and other victimizations. Crime Victims Treatment Center (CVTC) is an organization that since 1977 has helped survivors of crimes heal. CVTC provides direct services to survivors, including therapy and a range of legal services.

**This letter of support is on behalf of Mr. Yun Chan (hereafter, "Mr. Chan"). This letter seeks to substantiate that: (1) Mr. Chan is a survivor of human trafficking; and (2) because of the unique circumstances of Mr. Chan's trafficking victimization, he is not able to produce certain forms of identification (i.e. passport and birth certificate).**

Mr. Chan has been my client from 2021 to present. During an assessment in 2021, I determined Mr. Chan's status as a survivor/victim of human trafficking. To receive services from victims services agencies in the United States, one must have experiences that correspond with the Trafficking Victims Protection Act (TVPA) 2000 S.103 (8), which defines "human trafficking" as: "the recruitment, harboring, transportation, provision, or obtaining a person for labor services, through use of force, fraud, coercion for the purpose of subjection to involuntary servitude, peonage, debt bondage, or slavery." The experiences Mr. Chan shared with me were compelling and consistent with this definition. His status as a victim makes him eligible for services at Crime Victims Treatment Center and other victim services agencies.

The circumstances of his birth and trafficking allude to why he is unable to present you with certain proofs of his identity. Mr. Chan was born in 1976 in China, when China's One Child Policy

was in place. Mr. Chan's parents defied Chinese law to have more than one child; in fact, Mr. Chan has several siblings. Fearing punishment, his parents never registered his birth. Later, when Mr. Chan was an adolescent, his parents sold him to human traffickers to pay off a family debt. These traffickers smuggled Mr. Chan into the United States. As such, Mr. Chan has never possessed a passport and until the present-day, he is stateless. China does not recognize him as a citizen. Indeed, he is not considered a citizen of any country. Mr. Chan experienced force, fraud, and coercion in the course of his victimization, including ones that led to his incarceration and forced migration into the United States.

With the support of social and legal service providers, Mr. Chan is pursuing immigration and criminal justice relief. I wholeheartedly support Mr. Chan's journey of healing, and hope your team can extend understanding for his circumstances. If you have any questions, please do not hesitate to contact me at the information found in my signature. Thank you for your attention and consideration.

Respectfully submitted,

**Heidi Chiu, LMSW**
Trilingual Staff Therapist
Crime Victims Treatment Center
40 Exchange Place, New York, NY 10002
hchiu@cvtcnyc.org