# Exhibit 9

October 21, 2019

Ms. Tina Stanford, Chairwoman
New York State Board of Parole
Department of Corrections and Community Supervision
Harriman State Campus, Bldg. 2 / 1220 Washington Ave.
Albany, NY 12226

### Letter of Support for Mr. Yven Chen, WCF, 96A1048

Dear Ms. Stanford,

I have volunteered at Woodbourne throughout 2018 and 2019, and it has been my pleasure and inspiration to know Mr. Yven Chen in that time. I am writing in strong support of Mr. Chen, who will be interviewing for parole consideration in January 2020.

As background, I serve as Facilitator of the weekly Network Support Services therapeutic program inside WCF, and as a Network Board Member, I actively work with Network men who, upon release, are re-entering their communities as productive, pro-social citizens.

Over the past year, I've seen Mr. Chen truly come alive and thrive in our Network community sessions, where self-reflection and goal-setting are essential to our work. Mr. Chen was a quiet observer at first. Yet once he saw Network as a safe space, he found confidence to openly confront his past and contribute new ways of thinking and behaving. Yven has become a vocal, empathetic leader - a dynamo who speaks from the heart about his journey of transformation.

Importantly, Mr. Chen has a vital pied-piper quality, he embodies an energetic positivity that enrolls reluctant members to join in and share fully. With a solid sense of self-worth, Yven earns trust and builds real connection within the group. Through honesty about his past, Yven opens eyes and challenges others to dig deeper in self-refection. His willingness to explore his troubled path from China to the U.S. to prison has encouraged others to reach further in their own turnaround work. I have been in the room - his spirit is contagious.

The additional good news is that Yven's openness and community building are not limited to discussion. Mr. Chen is a man of compassionate action. He demonstrates caring service to others within Woodbourne, most notably with the visually impaired who rely on him for guidance in education programs and assistance in physically navigating the facility. Reaching even higher, Yven's upbeat, cool-headed approach to life has made him a star performer in Woodbourne's AVP program, where Mr. Chen is now a proven leader, facilitator and trainer.

I ask you to extend Mr. Chen your consideration in light of the heavy-lifting he has done to transform his life. Many thanks for your attention.

Sincerely,

Art Jones
Art Jones
Board Member, Network Support Services, Inc.
Volunteer Program Facilitator for Network, Woodbourne
President, Great Jones Productions, Inc.

cc: Mr. Yven Chen



**BOON CHRISTIAN BROADCASTING CENTER**

基督教播恩傳播中心

August 28, 19

Dear parole officer:

My name is On Kwong Yeung, the senior pastor of Faith Bible Church of Corona and the general director of Boon Christian Broadcasting Center. I have been involved in prison gospel ministry since March of 2016, the time frame in which I met Yven Chen (#96A1048) in Eastern Correctional Facility for the first time. During each visit with him, occurring every one to two months, we have had a very pleasant Bible study as well as conversations. Each and every single time, he has attentively listened to the Bible message that I was sharing.

Yven Chen has received Jesus Christ as his Lord and Savior. I led him in the sinner's prayer and he sincerely followed it word for word. He has also finished my lessons on baptism, and upon passing the baptism test, was baptized by me on August 17th, 2017 in Eastern Correctional Facility. He is willing to accept and serve God throughout his life. According to my observation for the past 3 years, he is truly a born-again Christian.

He is no longer the same person he once was. The Bible says, "Therefore, if anyone is in Christ, the new creation has come: The old has gone, the new is here." (2 Corinthians 5:17). I would like to plead for him, your honor, to have mercy on him and allow him to be released on parole.

Thank you very much for your time and consideration in reading this letter.

Respectfully Yours,

On Kwong Yeung

104-12 43rd Ave, Corona, NY 11368
phone / fax 1.718.661.0731

Website: www.bcbc-us.org
e-mail: staff@bcbc-us.org



**BOON CHRISTIAN BROADCASTING CENTER**

基督教播恩傳播中心

NYS Board of Parole
The Harriman State Campus Bldg 2
1220 Washington Ave
Albany, NY 12226-2050

July 22, 2019

Dear Commissioners,

 I'm Mary Tsao, the ordained minister in charge of the prison ministry of Boon Christian Broadcasting Center.

 I have known the inmate Yven Chen (#96A1048) for many years. I have guided him to be converted to Christianity and have seen his life completely changed. He studies the Bible with me on the phone faithfully every Wednesday evening out of the desire to live by Jesus' teachings. I truly believe that he can be a great asset to the society but not a threat when he's granted parole and released.

 Thank you very much for your consideration.

Yours Truly,

Mary Tsao   *Mary Tsao*

1

41-33 Parsons Blvd., Suite 1A, Flushing, NY 11355, U.S.A.
phone / fax 1.718.661.0731
Website: www.bcbc us.org
e-mail: staff@bcbc us.org



# NETWORK SUPPORT SERVICES (NSSI)
Network in the Prisons
Network in the Community

November 5, 2019

Tina M. Stanford, Chair/New York State Board of Parole
NYS Department of Corrections & Community Supervision
1220 Washington Avenue
State Office Campus Bldg. #2
Albany, N.Y. 12226

Re: <u>**Yven Chen, #96A1048**</u>

To whom it may concern:

    This letter is sent in support of Yven Chen, #96A1048, who currently participating in NSSI's Network in the Prisons Program at Woodbourne Correctional Facility and is a member in good standing. Network provides therapeutic, self-rehabilitative, quality-of-life and/or reentry-preparation programs in prisons that may continue post-release, contributing to stabilization in the larger community. Properly structured and supported, inmate participation in Network programming contributes to trouble-free environments within prisons and leads to higher reentry success rates in individuals released to the community. Network's 4-year recidivism rate (2014-2018) is 5%. The program leadership is responsible for guiding Network members to a place where accountability for behavior, a sense of responsibility and overall right behavior and thinking create a healthy and smoothly functioning community.

    Mr. Chen has adapted well to the Network Community and appears to have drawn benefit. He has shown commitment to the program and his contributions have been positive and helpful to the group. Network's total learning environment approach has helped him grow to the point that he is able to look forward with confidence to a life after release that is grounded in pro-social attitudes and productive living.

    Our Network in the Community Program will be pleased to help Mr. Chen sustain positive changes made in prison by providing therapeutic support and transitional services as indicated by needs assessment. He has developed a sensible reentry plan that includes acknowledgement of the need for continuing programming and an apparently solid job offer from a family member. We look forward to being of assistance to him while he transitions to his home community.

Sincerely,
*Thorin Daye*
Thorin Daye
Co-Executive Director