# Exhibit 10

```
09/05/19                                                                                      PAGE    1 OF    6
OCCPROFP                      NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
                                        DIVISION OF VOCATIONAL EDUCATION

                                   TRAINING ACHIEVEMENT & POTENTIAL EMPLOYABILITY REPORT

     DIN: 96A1048  CHEN, YVEN
          ----------------------------------

I.   EMPLOYABILITY PROFILE REPORT OF VOCATIONAL TRAINING


     11.00.00 FOOD SERVICE I


     11.02.00 KITCHEN HELPER AND DISHWASHER
          .01 NO LONGER REPORTED                                                06/11      COXSACKIE
          .02 NO LONGER REPORTED                                                06/11      COXSACKIE
          .03 PRACTICE GOOD HOUSEKEEPING TECHNIQUES(SWEEP/MOP/CLEAN AS YOU GO)   06/11      COXSACKIE
          .04 OPERATE AUTOMATIC DISHWASHER                                       06/11      COXSACKIE
          .05 WASH POTS, PANS AND UTENSILS                                       06/11      COXSACKIE
          .06 WASH UTENSILS                                                      06/11      COXSACKIE
          .07 CLEAN & SANITIZE KITCHEN EQUIPMENT                                 06/11      COXSACKIE
          .08 CLEAN GARBAGE DISPOSAL AREAS                                       06/11      COXSACKIE
          .09 IDENTIFY & DEMONSTRATE CONTROL OF VERMIN                           06/11      COXSACKIE
          .10 DISPOSE REFUSE & PREVENT PESTS                                     06/11      COXSACKIE
          .11 ASSIST OTHER WORKERS AS DIRECTED AND WHERE NEEDED                  06/11      COXSACKIE

     11.03.00 STORE ROOM CLERK
          .01 IDENTIFY FOOD TO BE PURCHASED                                      04/12      COXSACKIE
          .02 COMPLETE PURCHASE REQUISITION FOR NEEDED FOOD AND STOCK            04/12      COXSACKIE
          .03 RECEIVE AND STORE FOOD & STOCK                                     04/12      COXSACKIE
          .04 STORE FOOD & STOCK                                                 05/12      COXSACKIE
          .05 ISSUE FOOD & STOCK                                                 05/12      COXSACKIE
          .06 INVENTORY FOOD & STOCK                                             06/12      COXSACKIE
          .07 MAKE DAILY ENTRIES                                                 06/12      COXSACKIE
          .08 RECORD INVENTORY                                                   06/12      COXSACKIE
          .09 RECORD PURCHASES                                                   06/12      COXSACKIE
          .10 PREPARE FOOD COST ANALYSIS                                         06/12      COXSACKIE
          .11 IDENTIFY RELATED TERMINOLOGY & EQUIPMENT                           06/12      COXSACKIE

     11.05.00 SHORT ORDER COOK
          .01 PREPARE & PLATE FOR SERVICE GRILLED SANDWICHES                     01/12      COXSACKIE
          .02 PREPARE & PLATE FOR SERVICE VARITIES OF HAMBURGERS & HOT DOGS      01/12      COXSACKIE
          .03 PREPARE & PLATE FOR SERVICE DEEP FRIED ITEMS                       01/12      COXSACKIE
          .04 PREPARE & PLATE FOR SERVICE CLUB SANDWICHES                        01/12      COXSACKIE
          .05 PREPARE & PLATE FOR SERVICE SPECIALTY ITEMS                        01/12      COXSACKIE
          .06 PREPARE & PLATE FOR SERVICE HOT SANDWICHES                         01/12      COXSACKIE
          .07 PREPARE & PLATE FOR SERVICE STEAM TABLE ITEMS                      03/12      COXSACKIE
          .08 IDENTIFY RELATED TERMINOLOGY & EQUIPMENT                           04/12      COXSACKIE

     11.06.00 BREAKFAST COOK
          .01 PREPARE ALL VARIETY OF EGGS-SCRAMBLED,POACHED,BAKED,HARDBOILED,ETC 01/12      COXSACKIE
          .02 PREPARE HOT CEREALS & DISPLAY COLD CEREALS                         01/12      COXSACKIE
          .03 PREPARE DIFFERENT TYPES OF TOAST                                   01/12      COXSACKIE
          .04 PREPARE VARIOUS GRIDDLE CAKES AND/OR WAFFLES                       01/12      COXSACKIE
          .06 PREPARE ALL SPECIALTY BREAKFAST FOODS-EGGS BENEDICT,BURRITO,FRITTA 01/12      COXSACKIE
          .07 PREPARE & PLATE FOR SERVICE BREAKFAST FOODS                        01/12      COXSACKIE
          .09 IDENTIFY RELATED TERMINOLOGY & EQUIPMENT                           03/12      COXSACKIE
```

09/05/19
OCCPROFP

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
DIVISION OF VOCATIONAL EDUCATION

PAGE    2 OF    6

TRAINING ACHIEVEMENT & POTENTIAL EMPLOYABILITY REPORT

DIN: 96A1048   CHEN, YVEN
------------------------------------

```
11.07.00 ROAST &/OR BROILER COOK (ROTISSERIE)
    .01 PREPARE ROAST/BROILED BEEF                                         09/11    COXSACKIE
    .02 PREPARE ROAST/BROILED LAMB                                        09/11    COXSACKIE
    .03 PREPARE ROAST/BROILED VEAL                                        09/11    COXSACKIE
    .04 PREPARE ROAST/BROILED POULTRY                                     10/11    COXSACKIE
    .05 PREPARE ROAST/BROILED PORK                                        10/11    COXSACKIE
    .06 PREPARE ROAST/BROILED SPECIALTY ITEMS(GAME,DUCK,CORNISH HENS)     10/11    COXSACKIE
    .08 PREPARE & PLATE FOR SERVICE ALL ROAST & BROILED ITEMS             11/11    COXSACKIE
    .09 IDENTIFY RELATED TERMINOLOGY & EQUIPMENT                          11/11    COXSACKIE

11.08.00 SALAD MAKER &/OR PANTRY WORKER
    .01 PREPARE & PLATE FOR SERVICE FRUIT SALADS                          06/11    COXSACKIE
    .02 PREPARE & PLATE VEGETABLE SALADS                                  06/11    COXSACKIE
    .03 PREPARE & PLATE SPECIALTY ITEMS(CHEF,CAESAR,COBB)                 06/11    COXSACKIE
    .04 PREPARE & PLATE SLICED COLD MEATS & CHEESES                       06/11    COXSACKIE
    .05 PREPARE & PLATE SIMPLE DESSERTS-COOKIES,JELLO,PUDDING-RICE & BREAD 06/11    COXSACKIE
    .06 PREPARE & PLATE SIDE DISHES(COMPOUND,SLAW,POTATO,MACARONI SALADS) 06/11    COXSACKIE
    .07 PREPARE & PLATE SANDWICHES(BLT,EGG,CLUB,TUNA)                     06/11    COXSACKIE
    .08 PREPARE & PLATE SIMPLE GARNISHES(TOMATO,PARSLEY,PICKLE)           06/11    COXSACKIE
    .09 PREPARE & PLATE SALAD DRESSINGS & SAUCES                          07/11    COXSACKIE
    .10 PREPARE & PLATE MEAT SALADS(ANTIPASTO,CHICKEN SALAD)              07/11    COXSACKIE

11.09.00 VEGETABLE COOK (LEGUMIER)
    .01 IDENTIFY STORAGE METHODS OF VEGETABLES                            09/11    COXSACKIE
    .02 NO LONGER REPORTED                                                09/11    COXSACKIE
    .03 NO LONGER REPORTED                                                09/11    COXSACKIE
    .04 PREPARE & COOK RED & GREEN VEGETABLES                             10/11    COXSACKIE
    .05 COOK RED & GREEN VEGETABLES                                       10/11    COXSACKIE
    .06 SERVE VEGETABLE WITH APPROPRIATE ENTREE                           10/11    COXSACKIE
    .07 PREPARE & COOK YELLOW & WHITE VEGETABLES                          10/11    COXSACKIE
    .09 PLATE VEGETABLES                                                  11/11    COXSACKIE
    .10 IDENTIFY RELATED TERMINOLOGY & EQUIPMENT                          11/11    COXSACKIE

11.10.00 SOUPS &/OR SAUCES COOK (PORTABLE-SAUCIER)
    .01 PREPARE BROWN/BEEF STOCK                                          09/11    COXSACKIE
    .02 PREPARE WHITE/CHICKEN STOCK                                       09/11    COXSACKIE
    .03 PREPARE FISH STOCK                                                09/11    COXSACKIE
    .04 PREPARE BROWN SAUCE                                               10/11    COXSACKIE
    .05 PREPARE VELOUTE SAUCE                                             10/11    COXSACKIE
    .06 PREPARE TOMATO SAUCE                                              10/11    COXSACKIE
    .07 PREPARE CREAM SAUCE (BACHAMEL)                                    10/11    COXSACKIE
    .08 PREPARE HOLLANDAISE SAUCE                                         10/11    COXSACKIE
    .09 PREPARE THICK SOUP                                                10/11    COXSACKIE
    .10 PREPARE THIN SOUP                                                 11/11    COXSACKIE
    .11 PREPARE COLD SOUP                                                 11/11    COXSACKIE
    .13 PREPARE THICKENING AGENTS                                         11/11    COXSACKIE
    .14 PREPARE GRAVIES FROM BROWN STOCK                                  11/11    COXSACKIE
```

Case 2:25-cv-05095-JS    Document 36-10    Filed 09/17/25    Page 4 of 24 PageID #: 153

09/05/19
OCCPROFP
```
                    NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION          PAGE   3 OF   6
                                      DIVISION OF VOCATIONAL EDUCATION
```

```
                            TRAINING ACHIEVEMENT & POTENTIAL EMPLOYABILITY REPORT
```

DIN: 96A1048  CHEN, YVEN
-----------------------------------

```
11.10.00 SOUPS &/OR SAUCES COOK (PORTABLE-SAUCIER)                      (CONTINUED)
         .15 PREPARE GRAVIES FROM WHITE STOCK                           11/11   COXSACKIE
         .16 PREPARE VEGETABLE STOCK                                    11/11   COXSACKIE
         .17 IDENTIFY RELATED TERMINOLOGY & EQUIPMENT                   11/11   COXSACKIE

11.11.00 FRY COOK ENTREMETIER
         .01 PREPARE & PLATE FOR SERVICE: VEAL                          09/11   COXSACKIE
         .02 PREPARE & PLATE FOR SERVICE: PORK                          09/11   COXSACKIE
         .04 PREPARE & PLATE FOR SERVICE: BEEF                          09/11   COXSACKIE
         .05 PREPARE & PLATE FOR SERVICE: VEGETABLES                    10/11   COXSACKIE
         .06 PREPARE & PLATE FOR SERVICE: SPECIALTY ITEMS-DONUTS,FRIED ICECREAM 10/11   COXSACKIE
         .07 PREPARE & PLATE FOR SERVICE: POULTRY                       10/11   COXSACKIE
         .08 PREPARE & PLATE FOR SERVICE: FRUITS                        10/11   COXSACKIE
         .09 PREPARE & PLATE FOR SERVICE CASSEROLES                     11/11   COXSACKIE
         .10 PREPARE & PLATE FOR SERVICE: FISH & SEA FOOD               11/11   COXSACKIE
         .11 IDENTIFY RELATED TERMINOLOGY & EQUIPMENT                   11/11   COXSACKIE

11.12.00 BAKER
         .01 OPERATE & MAINTAIN MAJOR TYPES OF BAKING EQUIPMENT         03/12   COXSACKIE
         .02 MEASURE OR SCALE INGREDIENTS ACCURATELY                    03/12   COXSACKIE
         .03 COMBINE & COOK INGREDIENTS USING APPROPRIATE EQUIPMENT     03/12   COXSACKIE
         .04 PREPARE & BAKE COOKIES                                     03/12   COXSACKIE
         .05 PREPARE & BAKE QUICK BREADS                                03/12   COXSACKIE
         .06 PREPARE & BAKE CAKES                                       03/12   COXSACKIE
         .07 PREPARE & APPLY ICINGS                                     03/12   COXSACKIE
         .08 PREPARE & DECORATE CAKES                                   03/12   COXSACKIE
         .09 PREPARE & BAKE PIES                                        03/12   COXSACKIE
         .10 PREPARE & BAKE YEAST DOUGHS                                06/12   COXSACKIE
         .11 PREPARE & BAKE FRIED PASTRY                                06/12   COXSACKIE
         .12 PREPARE & BAKE PUFF PASTE DOUGH                            06/12   COXSACKIE
         .14 PORTION & PLATE FOR SERVICE VARIOUS BAKED GOODS            06/12   COXSACKIE
         .15 PREPARE DESSERT SAUCES                                     06/12   COXSACKIE
         .16 PREPARE CHOU PASTE                                         06/12   COXSACKIE
         .17 IDENTIFY RELATED TERMINOLOGY & EQUIPMENT                   06/12   COXSACKIE

11.14.00 MENU PLANNER
         .01 IDENTIFY VARIOUS TYPES OF MENUS                            04/12   COXSACKIE
         .02 IDENTIFY NUTRITIONS - BASIC FOOD GROUPS                    04/12   COXSACKIE
         .03 IDENTIFY TYPES OF DIETS                                    04/12   COXSACKIE
         .04 IDENTIFY FOOD PRODUCT WEIGHTS                              05/12   COXSACKIE
         .05 IDENTIFY FOOD PRODUCT PORTION                              05/12   COXSACKIE
         .06 IDENTIFY RECIPES' SOURCES                                  06/12   COXSACKIE
         .07 DESIGN DIFFERENT MENU LAYOUTS                              06/12   COXSACKIE
         .08 DEVELOP MENU                                               06/12   COXSACKIE
         .09 CATEGORIZE MENU ITEMS (ENTREE, APPETIZER, DESSERT)         06/12   COXSACKIE
         .10 MAKE RECIPE CONVERSIONS                                    06/12   COXSACKIE
         .11 PLAN & UTILIZE LEFTOVERS EFFICIENTLY                       06/12   COXSACKIE
         .12 IDENTIFY RELATED TERMINOLOGY & EQUIPMENT                   06/12   COXSACKIE
```

NEW YORK STATE DEPARTMENT OF CORRECTIONS AND COMMUNITY SUPERVISION
DIVISION OF VOCATIONAL EDUCATION

TRAINING ACHIEVEMENT & POTENTIAL EMPLOYABILITY REPORT

DIN: 96A1048  CHEN, YVEN
-----------------------------------

```
11.16.00 FRONT OF HOUSE STAFF
        .01 IDENTIFY RESTAURANT ORGANIZATION                          09/11    COXSACKIE
        .02 DEMONSTRATE HYGIENE, ATTITUDES & MANNERS                   09/11    COXSACKIE
        .03 IDENTIFY & PLACE DINING AREA ITEMS                         09/11    COXSACKIE
        .05 CLEAN FLOOR                                                09/11    COXSACKIE
        .06 CLEAN GARBAGE CAN                                          09/11    COXSACKIE
        .07 CLEAN DINING AREA                                          09/11    COXSACKIE
        .08 SET TABLE/ASSEMBLY & DISASSEMBLE COVER                     09/11    COXSACKIE
        .09 POUR WATER GLASSES                                         09/11    COXSACKIE

11.17.00 APPLIANCE/EQUIPMENT MAINTENANCE
        .01 CLEAN & MAINTAIN GRILL                                     09/11    COXSACKIE
        .02 TAKE REFRIGERATOR TEMPERATURE READING                     09/11    COXSACKIE
        .03 CLEAN REFRIGERATOR/FREEZER                                 09/11    COXSACKIE
        .04 CLEAN COFFEE MACHINE                                       11/11    COXSACKIE
        .08 CLEAN STOVE & OVEN                                         11/11    COXSACKIE
        .09 CHECK & OIL MIXER                                          11/11    COXSACKIE
        .10 CHECK & OIL SLICING MACHINE                                11/11    COXSACKIE
        .11 CLEAN & SANITIZE ALL APPLIANCES                            11/11    COXSACKIE
        .12 IDENTIFY RELATED TERMINOLOGY & EQUIPMENT                   11/11    COXSACKIE

11.18.00 SANITATION AND HYGIENE
        .01 DEMONSTRATE ACCEPTABLE PERSONAL HYGIENE                    06/11    COXSACKIE
        .02 LIST FOOD BORNE DISEASES                                   06/11    COXSACKIE
        .03 DEMONSTRATE KNOWLEDGE OF STATE & LOCAL HEALTH REGULATIONS  06/11    COXSACKIE
        .04 EXPLAIN THE IMPORTANCE OF TEMPERATURES IN THE KITCHEN      06/11    COXSACKIE
        .06 DISCUSS INJURY PREVENTION FOR FOOD SERVICE WORKERS         06/11    COXSACKIE
        .07 DISCUSS CURRENT SAFE SERVE PROCEDURES                      06/11    COXSACKIE

11.19.00 USE AND CARE OF HAND TOOLS AND UTENSILS
        .01 IDENTIFY & USE HAND TOOLS                                  06/11    COXSACKIE
        .02 DISCUSS PROPER CLEANING OF HAND TOOLS                      06/11    COXSACKIE
        .03 DEMONSTRATE SHARPENING OF KNIVES                           06/11    COXSACKIE
        .04 DISCUSS STORAGE OF HAND TOOLS                              06/11    COXSACKIE

11.20.00 BUTCHER
        .01 IDENTIFY TYPES OF EQUIPMENT                                02/12    COXSACKIE
        .02 IDENTIFY DIFFERENT TYPES OF ANIMALS                        02/12    COXSACKIE
        .03 EXPLAIN/CUT PRIMAL CUTS OF MEAT                            02/12    COXSACKIE
        .04 EXPLAIN/CUT STANDARD CUTS OF MEAT                          02/12    COXSACKIE
        .05 IDENTIFY CUTS OF MEAT/POULTRY                              02/12    COXSACKIE
        .06 EXPLAIN/DEMONSTRATE METHOD(S) OF AGING MEAT               03/12    COXSACKIE
        .07 EXPLAIN THE PROCESS OF HANGING MEAT                        03/12    COXSACKIE
        .08 PREPARE DIFFERENT CUTS OF MEAT                             03/12    COXSACKIE
        .09 DEMONSTRATE PORTION CONTROL                                06/12    COXSACKIE
        .10 IDENTIFY RELATED TERMINOLOGY & EQUIPMENT                   06/12    COXSACKIE
```

TRAINING ACHIEVEMENT & POTENTIAL EMPLOYABILITY REPORT

DIN: 96A1048  CHEN, YVEN
          ---------------------------------

11.21.00 SEAFOOD
         .01 IDENTIFY & PROPERLY STORE FISH                                    04/12    COXSACKIE
         .02 IDENTIFY & PROPERLY STORE CRUSTANIANS(SHELL FISH)                 04/12    COXSACKIE
         .03 IDENTIFY & PROPERLY STORE MOLLUSKS(MUSSELS,OYSTERS)               04/12    COXSACKIE
         .04 PREPARE & BAKE SEAFOOD                                            04/12    COXSACKIE
         .05 PREPARE & BROIL SEAFOOD                                           06/12    COXSACKIE
         .06 PREPARE & SAUTE/FRY SEAFOOD                                       06/12    COXSACKIE
         .07 PREPARE & STEAM SEAFOOD                                           06/12    COXSACKIE
         .08 PREPARE & SERVE SEAFOOD                                           06/12    COXSACKIE
         .09 IDENTIFY & EXPLAIN THE POACHING PROCESS                           06/12    COXSACKIE
         .10 IDENTIFY RELATED TERMINOLOGY & EQUIPMENT                          06/12    COXSACKIE

12.00.00 BARBERING & BEAUTY CULTURE


12.03.00 BEARD & MUSTACHE TRIMMING
         .01 PREPARE TOOLS FOR BEARD AND MUSTACHE TRIMMING                     01/05    AUBURN GENER
         .02 PREPARE PATRON FOR TRIMMING FACIAL HAIRS                          02/05    AUBURN GENER
         .04 REMOVE BULK/EXCESS USING EDGER, RAZOR, OR SHEARS & COMB           02/05    AUBURN GENER
         .09 TRIM MUSTACHE WITH ELECTRIC EDGER OR SHEARS                       01/06    AUBURN GENER

12.04.00 HAIRCUTTING
         .01 PREPARE PATRON FOR HAIRCUT                                        01/05    AUBURN GENER

12.05.00 BASIC HAIRCUT STYLES
         .05 GIVE PATRON CREW CUT                                             01/06    AUBURN GENER
         .07 GIVE PATRON BUTCH CUT                                            01/06    AUBURN GENER
         .10 GIVE PATRON QUO VADIS HAIR CUT                                   09/05    AUBURN GENER

12.09.00 HAIR ANALYSIS
         .01 IDENTIFY FUNCTIONS OF HAIR STRUCTURE                             04/05    AUBURN GENER
         .02 IDENTIFY HAIR GROWTH PATTERNS                                    04/05    AUBURN GENER

12.10.00 SHAMPOO & RINSE
         .01 GIVE PATRON PLAIN SHAMPOO                                        05/05    AUBURN GENER
         .07 SELECT & APPLY CONDITIONER BEST SUITED TO PATRON'S HAIR          05/05    AUBURN GENER

12.19.00 MASSAGE TECHNIQUES
         .01 PRACTICE EFFEURAGE OR STROKING MOVEMENTS                         10/05    AUBURN GENER
         .02 PRACTICE PETRISSAGE OR KNEADING MASSAGE MOVEMENTS                11/05    AUBURN GENER
         .03 PRACTICE FRICTION OR DEEP RUBBING MASSAGE MOVEMENTS              11/05    AUBURN GENER
         .04 PRACTICE TAPOTEMENT OR PERCUSSION MASSAGE MOVEMENTS              12/05    AUBURN GENER
         .05 PRACTICE VIBRATION OR SHAKING MASSAGE MOVEMENTS                  12/05    AUBURN GENER

12.20.00 FACIAL TREATMENTS
         .01 GIVE PATRON PLAIN OR SCIENTIFIC REST FACIAL                      03/05    AUBURN GENER
         .02 GIVE PATRON VIBRATORY FACIAL                                     03/05    AUBURN GENER

TRAINING ACHIEVEMENT & POTENTIAL EMPLOYABILITY REPORT

DIN: 96A1048  CHEN, YVEN
--------------------------------

II. VOCATIONAL POTENTIAL AREAS OF EMPLOYMENT (INSTRUCTOR SUGGESTED)

| DOCS CODE | JOBTITLE | D.O.T. REF NO. | REPORTED DATE | FACILITY |
|---|---|---|---|---|
| 151 | KITCHEN HELPER | 318.687-010 | 06/11 | COXSACKIE |
| 152 | WAITER | 311.477-030 | 12/11 | COXSACKIE |
| 153 | COOK HELPER | 317.687-010 | 06/12 | COXSACKIE |
| 154 | SANDWICH MAKER | 317.684-018 | 09/11 | COXSACKIE |
| 155 | SALAD MAKER/PANTRY WORKER | 317.684-014 | 07/11 | COXSACKIE |
| 157 | PASTRY COOK | 313.381-026 | 06/12 | COXSACKIE |
| 158 | BAKER HELPER | 313.684-010 | 06/12 | COXSACKIE |
| 159 | SHORT ORDER/BREAK | 313.361-022 | 04/12 | COXSACKIE |
| 160 | DINING ROOM ATTENDANT | 311.677-018 | 12/11 | COXSACKIE |
| 162 | ROAST &/OR BROIL COOK | 313.361-014 | 06/12 | COXSACKIE |
| 163 | VEGETABLE COOK | 313.361-014 | 06/12 | COXSACKIE |
| 164 | SOUP & SAUCE COOK | 313.361-014 | 06/12 | COXSACKIE |
| 165 | FISH &/OR FRY COOK | 313.361-014 | 11/11 | COXSACKIE |
| 166 | STORE ROOM CLERK | 222.587-022 | 06/12 | COXSACKIE |
| 168 | INSTITUTION COOK | 315.361-010 | 06/12 | COXSACKIE |
| 169 | CAFETERIA ATTENDANT | 311.677-010 | 12/11 | COXSACKIE |

III. DIVISION OF INDUSTRY WORK EXPERIENCES

| DCI CODE | JOBTITLE | D.O.T. REF NO. | REPORTED DATE | INDUSTRY | FACILITY NAME |
|---|---|---|---|---|---|
| 02502 | SERGING MACHINE OPERATOR | 787.685-030 | 10/08 | TAILORING | CLINTON GEN |
| 02505 | LOCK STITCH OPERATOR | 786.682-170 | 03/08 | TAILORING | CLINTON GEN |
| 02506 | BUTTON-HOLE OPERATOR | 786.685-014 | 10/08 | TAILORING | CLINTON GEN |
| 02702 | TEXTILE,APPAREL& FURNISHINGS WORKER | 51-6099.99 | 10/08 | TAILORING | CLINTON GEN |

IV. ACADEMIC DEGREES ACHIEVED WHILE UNDERCUSTODY

| DEGREE | DATE | FACILITY |
|---|---|---|
| HS EQUIV. DIPLOMA | 11/10 | COXSACKIE |

# SECTION THREE
# RECORDS OF ACHIEVEMENTS

| | |
|---|---|
| **A.** | NETWORK MODULAR THERAPEUTIC COMMUNITY – **NOVEMBER, 2019** |
| **B.** | AVP CERTIFICATE OF APPRECIATION (WORKSHOP LEADER) – **NOVEMBER, 2019** |
| **C.** | AVP CERTIFICATE OF APPRECIATION (WORKSHOP LEADER) – **OCTOBER, 2019** |
| **D.** | OSBOURNE ASSOCIATION STRENGTHENING RELATIONSHIPS – **OCTOBER, 2019** |
| **E.** | OSBOURNE ASSOCIATION PARENTING COURSE – **SEPTEMBER, 2019** |
| **F.** | HVCS CERTIFICATE OF COMPLETION – **AUGUST, 2019** |
| **G.** | AVP CERTIFICATE OF APPRECIATION (WORKSHOP SUPPORT TEAM) – **AUGUST, 2019** |
| **H.** | AVP CERTIFICATE OF APPRECIATION (WORKSHOP LEADER) – **JULY, 2019** |
| **I.** | CONSCIOUS FATHERS CERTIFICATE OF APPRECIATION – **JULY, 2019** |
| **J.** | NETWORK RECORD OF WORKSHOP/ COURSE COMPLETION – **JUNE, 2019** |
| **K.** | AVP CERTIFICATE OF APPRECIATION (WORKSHOP SUPPORT TEAM) – **APRIL, 2019** |
| **L.** | AVP FACILITATOR TRAINING WORKSHOP COMPLETION – **NOVEMBER, 2014** |
| **M.** | HIGH SCHOOL EQUIVALENCY DIPLOMA – **NOVEMBER, 2010** |
| **N.** | DIVISION OF INDUSTRIES VOCATIONAL TRAINING CERTIFICATE – **FEBRUARY, 2008** |
| **O.** | AVP CERTIFICATE OF COMPLETION (BASIC COURSE) – **MAY, 2004** |
| **P.** | AVP CERTIFICATE OF COMPLETION (ADVANCED COURSE) – **FEBRUARY, 2004** |

University of the State of New York
THE STATE EDUCATION DEPARTMENT
High School Equivalency Programs & GED Testing
P.O.Box 7348
Albany, New York 12224-0348

### NEW YORK STATE HIGH SCHOOL EQUIVALENCY DIPLOMA TRANSCRIPT

You have earned satisfactory scores * on the GED Tests and have been awarded a New York State High School Equivalency diploma.

| **Test Scores** | |
| --- | --- |
| Language Arts - Writing | 590 |
| Social Studies | 560 |
| Science | 530 |
| Language Arts - Reading | 710 |
| Mathematics | 470 |
| **Total** | **2860** |

| | |
| --- | --- |
| Test Center Number | 989 |
| Test Date | 11/01/2010 |
| GED ID Number | 125845 |
| Provided ID Number | 00328959 |
| Date of Birth | 06/17/1976 |
| Diploma Number | E03088939 |
| Date Issued | 01/21/2011 |

* 410 minimum score for each subject and 2250 minimum total score required

*Yven Chen*
**P.O. Box 200**
**Coxsackie NY 12051**

This transcript is produced for:   **Yven Chen**

HSE 661 (3/02)



The University of the State of New York
Education Department

Be it known that

**Yven Chen**

*having satisfactorily completed the requirements prescribed by the Commissioner of Education is thereby entitled to this*

## High School Equivalency Diploma

*In Witness Whereof the Regents issue this diploma under seal of the University at Albany in*

**January 2011**

*President of the University and Commissioner of Education*

E03088939



NEW YORK STATE DEPARTMENT OF CORRECTIONAL SERVICES

# DIVISION OF INDUSTRIES
# VOCATIONAL TRAINING
# CERTIFICATE

*This is to certify that:*

Yven Chen

WHILE ENROLLED IN THE VOCATIONAL TAILORING PROGRAM
HAS SHOWN PROFICIENT PERFORMANCE IN HIS TRAINING and
HAS EARNED ELIGIBILITY TO BE PROGRAMED INTO THE INDUSTRIAL
TAILOR SHOPS AT CLINTON CORRECTIONAL FACILITY

Vocational Instructor

February 15, 2008

Date

Industrial Superintendent

# CERTIFICATE OF COMPLETION

## This certificate is awarded to

### Yven Chen

Who has successfully completed the 12 hours of HIV/AIDS Education on:
Status– Stigma– Transmission
& Testing Procedures

**hvcs**
*...promoting a better quality of life*

B.Muldoon, Prison Coordinator                          Date

8/8/19

# P.A.C.E.

## Prisoners for AIDS Counseling & Education

WOODBOURNE CORRECTIONAL FACILITY
Woodbourne, New York

### Certificate of Completion Presented to

# Yven Chen

For successfully completing the "HIV/AIDS" 8-Weeks (20 Hours) Basic Course,
where the topics covered were presented in lecture and video formats. Topics presented included:

*Basic Facts, and Opportunistic Infections*
*HIV & AIDS Epidemiology*
*Immune System, and Spectrum of Infections*
*Sexually Transmitted Infections, and HIV Harm Reduction*
*Testing and Treatments*

Presented This
27ᵗʰ Day of February 2020

P.A.C.E. Facilitators

P.A.C.E. Staff Advisor





# NETWORK PROGRAM
## Woodbourne Correctional Facility

# CERTIFICATE OF ACHIEVEMENT

*This certificate is awarded to*

# YVEN CHEN

*In recognition of 64 hours of participation in the Network Therapeutic Community and for your contributions to and support of the Community by living the Network Philosophy and setting an example to others. Your efforts and progress are commended.*

*Awarded November 7, 2019*

*Thorin Daye*

**Executive Director**

*Mary Ellen Kramer*

**Board Chair**

*In Proud Recognition*

*of*

*Volunteer Service to*

**AVP, Inc.**

*this*

# CERTIFICATE of APPRECIATION

*Is Presented to*

Yven Chen, # 96 A 1048

*The Alternatives to Violence Project Gratefully Acknowledges Your*
*Contribution of __28__ Hours of Voluntary Service As a Workshop Leader*

Oct. 20 2019

**Facilitators**          **Date**          **President**
                                            **AVP Board of Directors**

© GOES 34605                                            LITHO IN U.S.A.



# The Osborne Association

## Family Works

### *Certificate of Completion*

Awarded to

# *Yven Chen*

in Recognition of Your Successful Completion of the

**Osborne Association's Strengthening Relationships**

on the 7th Day of October, 2019

**Brenda Maietta, Program Coordinator**
The Osborne Association, Inc.

**The Osborne Association**

# The Osborne Association

## Family Works

### *Certificate of Completion*

*Awarded to*

## *Yven Chen*

in Recognition of Your Successful Completion of the
**Osborne Association's Parenting Course**
on the 23rd Day of September, 2019

*Brenda Maietta*

**Brenda Maietta, Program Coordinator**
The Osborne Association, Inc.



**The Osborne
Association**

In Proud Recognition
Of
Volunteer Service to

# AVP, Inc.

*this*

# CERTIFICATE of APPRECIATION

Is Presented to

*Yven Chen # 96A 1048*

*The Alternatives to Violence Project Gratefully Acknowledges Your*

*Contribution of __28__ Hours of Voluntary Service on a Workshop Support Team.*

AVP Civilian Coordinator     18 August 2019     AVP Inside Coordinator
Date

*In Proud Recognition*

*of*

*Volunteer Service to*

## AVP, Inc.

*this*

# CERTIFICATE of APPRECIATION

*Is Presented to*

Yuen Chen, 96A1048

*The Alternatives to Violence Project Gratefully Acknowledges Your*

*Contribution of __26__ Hours of Voluntary Service As a Workshop Leader*

7/21/2019    Mary Beth Ganoba    Carolyn Palikarpus

**Facilitators**                    **Date**                    **Co-Presidents**
                                                                **AVP Board of Directors**



# CONSCIOUS FATHERS

## Certificate of Appreciation

This Certificate Is Awarded To:

### *Yven Chen*

*IN RECOGNITION OF HIS INVALUABLE CONTRIBUTION IN CONSCIOUS FATHERS WORKSHOPS. PRIMARY TOPICS CONSIST OF: 'MY RELATIONSHIP WITH MY FATHER WAS...' (EVALUATION PROS & CONS OF WHERE WE COME FROM), 'MY FATHER WASN'T THERE BUT I LOOKED UP TO...' (EVALUATION PROS & CONS OF BEHAVIOR PATTERNS), 'EVALUATING 90% SOLUTION AND 10% PROBLEMS...', 'LITTLE YOU...' (EVALUATING PROS & CONS OF BIOLOGICAL & HEREDITARY TRAITS), 'COMMUNITATING WITH PASS SELF...', 'HAVE YOU BEEN DOING YOUR HOMEWORK?...' (EVALUATING IMPORTANCE OF COMMUNICATION IN RELATIONSHIP), 'WHERE DO WE GO FROM HERE?...' (EVALUATING & STEPPING OUTSIDE OF SELF, EMPATHIZE & IDENTIFY WITH THE EXTENSIONS OF SELF, MAN-UP), AND, 'COMMUNICATING WITH FUTURE SELF.' (WHAT IT MEANS TO UPDATE OUR MAPS).*

Date: 2/1/16

Date: 7/1/19

**Signature of Staff Advisor, Mr. Kissenberth, ORC**   **Signature of Inmate Coordinator/Facilitator, Mr. J. Soto**

## E. I. P.
### EXAMINING INTERPERSONAL PERSPECTIVES






# NETWORK THERAPEUTIC COMMUNITY

### RECORD OF WORKSHOP/COURSE COMPLETION

Date: 6/27/19

Name: Chen Yven

DIN: 96A 1048

Facility: Woodbourne

Course/Workshop Name: Gurdeiff, Been Present

Dates Taken: 4/4/19 To 6/27/19

Instructor, Susan Slotnik

This memorandum acknowledges that you have successfully completed the above course/workshop.

You are commended for showing commitment and initiative in working to improve your life and those around you.

Signature of Network Staff Advisor



*In Proud Recognition
Of
Volunteer Service to*

## AVP, Inc.

*this*

# CERTIFICATE of APPRECIATION

*Is Presented to*

YVEN CHEN, #96A1048

*The Alternatives to Violence Project Gratefully Acknowledges Your*

*Contribution of* **26** *Hours of Voluntary Service on a Workshop Support Team.*

_____    21 April 2019    _____
AVP Civilian Coordinator         Date                      AVP Inside Coordinator



**ALTERNATIVES TO VIOLENCE PROJECT, INC.**
P.O. Box 6851
Ithaca, NY  14851-6851
**Phone: 800-909-8920 and 315-604-7940**
e-mail: info@avpny.org

To Whom It May Concern:

This letter attests to the fact that _____Yven Chen_____ (96A1048) has completed an AVP Facilitator Training Workshop (T for F).

The workshop consisted of approximately _22_ hours of experiential learning in the fundamentals of leading an AVP Basic Course Workshop.  This workshop has prepared the above named individual to serve as an Apprentice Facilitator on an actual AVP workshop team.

Upon completion of an apprenticeship (the length to be determined by local AVP Area Councils), this individual will be conferred as a fully qualified AVP Facilitator through the receipt of a gold-bordered certificate.

_____11/9/14_____
Date

_____A. Sims_____
Lead Facilitator

Jill P. McLellan

Jill P. McLellan, President
Alternatives to Violence Project / New York

Affiliated with New York Yearly Meeting of the Religious Society of Friends

# AVP

## THE ALTERNATIVES TO VIOLENCE PROJECT, INC.

CERTIFIES

that

**Yven Chen**

has completed a BASIC COURSE in Nonviolent Conflict Resolution

Facilitators        Date **05-02-04**        Co-Presidents
AVP Board of Directors

# AVP

## THE ALTERNATIVES TO VIOLENCE PROJECT, INC.

CERTIFIES

that

*Yven Chen*

has completed an ADVANCED COURSE in Nonviolent Conflict Resolution

Facilitators

Date  2/22/04

Co-Presidents
AVP Board of Directors