# Exhibit 13

**UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**
**Attorney:** Pillsbury Winthrop Shaw Pittman LLP
**Address**: 31 West 52nd Street New York, NY 10019

**Job #:** 1503644

| | |
|---|---|
| YUN CHAN,<br><br>**vs**<br><br>*Plaintiff/Petitioner*<br><br>Judith ALMODOVAR, in her official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; et al.,<br><br>*Defendant* | **Case No.**: 1:25-cv-07492-MMG<br>**Client's File No.:**<br>**Court Date:**<br>**Court Time:**<br><br><br><br>**Date Filed:** 09/09/2025 |

# AFFIDAVIT OF SERVICE

STATE OF NEW YORK, COUNTY OF NASSAU, SS.:

**Latchme D. Drepaul**, being sworn says:

Deponent is not a party herein; is over the age of 18 years and resides in the State of New York.

On **9/10/2025**, at **2:43 PM** at: **86 CHAMBERS STREET, NEW YORK, NY 10007** Deponent served the within **Verified Petition for a Writ of Habeas Corpus and Complaint, Notices of Appearances of Pro Bono Counsel (Fangwei Wang, Andrew Wiktor, Catherine Perez, and David Oliwenstein), PETITIONER'S NOTICE OF EMERGENCY MOTION FOR A TEMPORARY RESTRAINING ORDER (includes: Memorandum of Law in Support of TRO, Exhibit A - Declaration of Andrew Wiktor in Support of TRO, Exhibit 1 - Supervision Order, Exhibit 2 - Cravath letter to ICE, Exhibit 3 - Email to AUSA, Proposed Order Granting TRO), Civil Cover Sheet,  So Ordered Order by Paul A. Engelmayer, U.S.D.J. dated September 10, 2025, Individual Rules & Practices of Hon. Margaret M. Garnett, U.S.D.J., Individual Practices in Civil Cases of Sarah Netburn, U.S.M.J., Electronic Case Filing Rules & Instructions, Electronic Summonses Issued and Order to Show Cause signed by Maragret M. Garnett, U.S.D.J.**

On: **UNITED STATES ATTORNEY'S OFFICE**, therein named.
Said documents were conformed with index number and date of filing endorsed thereon.

**#1 Federal Agency**

☒ By delivering thereat a true copy of each to Eddie Rosado  personally. Deponent knew said entity to be the federal agency described in said aforementioned document as said defendant and knew said individual to be Law Clerk thereof, authorized to accept on behalf.

**#2 PERCEIVED DESCRIPTION**

☒ **Gender**: Male     **Race**: White     **Color of hair**: Black/Gray     **Glasses**: Yes
**Age**: 51-65     **Height**: 5ft 9inch - 6ft 0inch     **Weight**: Over 200 Lbs.     **Other Features**:

☐ **#3 WITNESS FEES**
Subpoena Fee Tendered in the amount of $.

☒ **#4 OTHER**
Mr. Rosado as law clerk stated that he is authorized to accept service.

Sworn to before me on 09/12/2025



_____
BALDEO C. DREPAUL
Notary Public, State of New York
Registration No. 01DR6349410
Qualified in Queens County
Certificate filed in New York County
Commission Expires 10/17/2028

_____
Latchme D. Drepaul
License# 2066896-DCA

*Court Support, Inc., 265 Post Ave #150, Westbury, NY 11590 License #1382542-DCA*