UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Yun CHAN,** | Case No. 2:25-cv-05095 (JS) |
| *Plaintiff-Petitioner,* | |
| v. | **DECLARATION** |
| **Judith ALMODOVAR**, in her official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; **Todd LYONS**, in his official capacity as Acting Director U.S. Immigration and Customs Enforcement; **Kristi NOEM** in her official capacity as Secretary of Homeland Security; **Pam BONDI**, in her official capacity as Attorney General; **U.S. Department of Homeland Security**; and **U.S. Immigration and Customs Enforcement**, | |
| *Defendants-Respondents.* | |

I, Kate Mogulescu, hereby declare as follows:

1. I am a Professor of Clinical Law and Director of the Criminal Defense & Advocacy Clinic at Brooklyn Law School. Our clinic works with survivors of human trafficking, domestic abuse and gender-based violence.

2. I have known Yun Chan since 2022. In August 2025, I was in contact with Mr. Chan regarding his upcoming check-in with United States Immigration and Customs Enforcement ("ICE"), scheduled for September 8, 2025.

3. On Monday, September 8, 2025, a former student of mine, Sarah Corsico, accompanied Mr. Chan to his ICE check-in at 26 Federal Plaza, New York, New York 10278. I understand from both Ms. Corsico and Mr. Chan that they arrived at 26 Federal Plaza before 9am. Mr. Chan waited in a line to get into the building for several hours and ultimately went through

security and entered the building around noon. Ms. Corsico and Mr. Chan then waited in another line for several hours. At approximately 2:15pm, ICE officials told Mr. Chan that the line was closed for that day and he would need to return the next morning.

4. On the next morning, Tuesday, September 9, 2025, I accompanied Mr. Chan when he returned for his check-in as directed.

5. When I arrived at 26 Federal Plaza at approximately 7:10am, Mr. Chan was already in line outside of the building. He told me that he had been in line since approximately 5:30am.

6. By 8:15am. Mr. Chan and I had entered the building lobby. We waited in a line outside of Room 102. When we got to the front of the line, ICE Officer De La Cruz asked Mr. Chan three questions: (1) Do you have a criminal conviction?; (2) Do you have any applications or petitions pending?; and (3) Are you subject to an order of deportation? Mr. Chan answered honestly: (1) he has a criminal conviction; (2) he does not have any applications or petitions pending; and (3) he is subject to an order of deportation. Officer De La Cruz shook his head and wrote "CRIM" in all capital letters on Mr. Chan's intake papers. He then ushered Mr. Chan and me into Room 102.

7. Once Mr. Chan and I were inside Room 102, we waited on another line, waiting to be called to meet with an officer at one of the counters. At approximately 8:25am, we were summoned to a counter and interacted with Officer Melo. Officer Melo reviewed Mr. Chan's documents, including his Personal Report Record and the piece of paper on which Officer De Le Cruz had written "CRIM." Officer Melo asked a few additional administrative questions, including whether Mr. Chan had children or health issues. He then informed me that all people under final orders of deportation needed to be referred to his supervisor. He asked us to wait in another part of the room while he spoke with a supervisor. Mr. Chan and I walked to a different part of Room 102, near a non-functioning kiosk. We waited for approximately 20 minutes.

8. Eventually, Officer Melo came out from behind the counter and walked over to Mr. Chan and me. He asked us to come with him to the 9th floor, at which point I understood that Mr. Chan was going to be detained. This was shortly before 9am.

9. When we arrived on the 9th floor, we waited in a waiting room for a few minutes and then Officer Melo called us into a smaller room. At this point, Officer Melo explained that Mr. Chan would be detained. After a few minutes, Officer De La Cruz entered the room and Officers Melo and De Le Cruz began processing Mr. Chan. During this time, I asked, repeatedly, why they were detaining Mr. Chan. I reminded the ICE officers that Mr. Chan had an Order of Supervision with which he has been in strict compliance. When I did not receive an answer, I requested to speak with a supervisor. Officers Melo and De La Cruz, however, kept processing Mr. Chan. Around this time, I began collecting some of Mr. Chan's belongings.

10. Eventually, Assistant Field Office Director ("AFOD") Robinson arrived and instructed other officers to detain Mr. Chan and remove him from the room, which they did. Aside from being asked a few administrative questions, at no point was Mr. Chan interviewed. During this interaction, the ICE officials did not provide Mr. Chan with any paperwork other than a voucher for his property.

11. After Mr. Chan had been moved to another room, AFOD Robinson informed me that the change in circumstances that led to Mr. Chan's detention is that "China is now issuing travel documents." AFOD Robinson did not say that ICE had, in fact, obtained travel documents for Mr. Chan.

12. I was outside of 26 Federal Plaza by no later than 9:45 a.m.

I declare under penalty of perjury of the laws of the United States that these facts are true to the best of my knowledge and belief.

Dated: September 16, 2025
Brooklyn, New York

s/ _____
Professor Kate Mogulescu

3