# Exhibit B

February 11, 2022

YUN CHAN
127-08 25TH AVE
College Point, NY 11356

Please find enclosed a copy of your 2021 federal income tax return for your records. Your federal return was electronically transmitted to the IRS on February 13, 2022; therefore, do not mail your federal Form 1040 to the IRS.

██████████████████████████████████████████████████████████
██████████

If you have any questions about your tax return, please contact us. Thank you for letting us be of service to you.

Sincerely,


QIANG WANG
88 BARRINGTON DR
PALM COAST, FL 32137
(718)710-7268 or (718)710-7268

02/13/22   11:22 AM

February 11, 2022

YUN CHAN
127-08 25TH AVE
College Point, NY 11356

Please find enclosed a copy of your 2021 New York income tax return for your records.  Your New York return was electronically transmitted to the New York Processing Center on February 13, 2022;  therefore, do not mail your New York return to the New York Department of Taxation and Finance.

███████████████████████████████████████████████████████████
███████████████████

If you have any questions about your tax return, please contact us. Thank you for letting us be of service to you.

Sincerely,


QIANG WANG
88 BARRINGTON DR
PALM COAST, FL 32137
(718)710-7268 or (718)710-7268

02/13/22   11:22 AM

# Form 1040 — U.S. Individual Income Tax Return (2021)

Department of the Treasury—Internal Revenue Service (99)
OMB No. 1545-0074   IRS Use Only – Do not write or staple in this space.

**Filing Status** — Check only one box.
[X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying widow(er) (QW)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QW box, enter the child's name if the qualifying person is a child but not your dependent ▶

Your first name and middle initial: **YUN**
Last name: **CHAN**
Your social security number: [redacted]

If joint return, spouse's first name and middle initial:
Last name:
Spouse's social security number:

Home address (number and street): **127-08 25TH AVE**
Apt. no.:
City, town, or post office: **College Point**   State: **NY**   ZIP code: **11356**
Foreign country name:   Foreign province/state/county:   Foreign postal code:

Presidential Election Campaign — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
[ ] You  [ ] Spouse

At any time during 2021, did you receive, sell, send, exchange, or otherwise acquire any financial interest in any virtual currency?  [ ] Yes  [X] No

**Standard Deduction**
Someone can claim:  [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**
You: [ ] Were born before January 2, 1957  [ ] Are blind
Spouse: [ ] Was born before January 2, 1957  [ ] Is blind

**Dependents** (see instructions): (none listed)

Standard Deduction for –
- Single or married filing separately, $12,550
- Married filing jointly or Qualifying widow(er), $25,100
- Head of household, $18,800
- If you checked any box under Standard Deduction, see instructions.

| Line | Description | Amount |
|---|---|---|
| 1 | Wages, salaries, tips, etc. Attach Form(s) W-2 | |
| 2a | Tax-exempt interest | |
| 2b | Taxable interest | |
| 3a | Qualified dividends | |
| 3b | Ordinary dividends | |
| 4a | IRA distributions | |
| 4b | Taxable amount | |
| 5a | Pensions and annuities | |
| 5b | Taxable amount | |
| 6a | Social security benefits | |
| 6b | Taxable amount | |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | |
| 8 | Other income from Schedule 1, line 10 | |
| 9 | Add lines 1, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** ▶ | [redacted] |
| 10 | Adjustments to income from Schedule 1, line 26 | [redacted] |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** ▶ | [redacted] |
| 12a | Standard deduction or itemized deductions (from Schedule A) | [redacted] |
| 12b | Charitable contributions if you take the standard deduction (see instructions) | |
| 12c | Add lines 12a and 12b | [redacted] |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A | |
| 14 | Add lines 12c and 13 | [redacted] |
| 15 | **Taxable income.** Subtract line 14 from line 11. If zero or less, enter -0- | [redacted] |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
UYA
Form **1040** (2021)

March 8, 2023

YUN CHAN
127-08 25TH AVE
College Point, NY 11356

Please find enclosed a copy of your 2022 federal income tax return for your records. Your federal return was e-filed and accepted by the IRS on ;  therefore, do not mail your federal Form 1040 to the IRS.

██████████████████████████████████████████████████
██████████████████████████████████████████████████
███

If you have any questions about your tax return, please contact us. Thank you for letting us be of service to you.

Sincerely,

QIANG WANG
88 BARRINGTON DR
PALM COAST, FL 32137
(718)710-7268 or (718)710-7268

03/08/23   12:05 PM

March 8, 2023

YUN CHAN
127-08 25TH AVE
College Point, NY 11356

Please find enclosed a copy of your 2022 New York income tax return for your records. Your New York return was electronically filed and accepted by the New York Processing Center on ; therefore, do not mail your New York return to the New York Department of Taxation and Finance.

███████████████████████████████████████████████████████
█████████████████ .

If you have any questions about your tax return, please contact us. Thank you for letting us be of service to you.

Sincerely,

QIANG WANG
88 BARRINGTON DR
PALM COAST, FL 32137
(718)710-7268 or (718)710-7268

# Form 1040 — U.S. Individual Income Tax Return (2022)

Department of the Treasury—Internal Revenue Service
OMB No. 1545-0074   IRS Use Only – Do not write or staple in this space.

**Filing Status** — Check only one box.
[X] Single  [ ] Married filing jointly  [ ] Married filing separately (MFS)  [ ] Head of household (HOH)  [ ] Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent:

Your first name and middle initial: **YUN**
Last name: **CHAN**
Your social security number: [redacted]

If joint return, spouse's first name and middle initial:
Last name:
Spouse's social security number:

Home address (number and street): **127-08 25TH AVE**
Apt. no.:

City, town, or post office: **College Point**
State: **NY**
ZIP code: **11356**

Foreign country name:
Foreign province/state/county:
Foreign postal code:

**Presidential Election Campaign** — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
[ ] You  [ ] Spouse

**Digital Assets**: At any time during 2022, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, gift, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)  [ ] Yes  [X] No

**Standard Deduction**
Someone can claim: [ ] You as a dependent  [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness**
You: [ ] Were born before January 2, 1958  [ ] Are blind
Spouse: [ ] Was born before January 2, 1958  [ ] Is blind

**Dependents** (see instructions): If more than four dependents, see instructions and check here [ ]

| (1) First name | Last name | (2) Social security number | (3) Relationship to you | (4) Child tax credit | (4) Credit for other dependents |
|---|---|---|---|---|---|
|  |  |  |  | [ ] | [ ] |
|  |  |  |  | [ ] | [ ] |
|  |  |  |  | [ ] | [ ] |
|  |  |  |  | [ ] | [ ] |

## Income

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a Form W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) |  |
| 1b | Household employee wages not reported on Form(s) W-2 |  |
| 1c | Tip income not reported on line 1a (see instructions) |  |
| 1d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) |  |
| 1e | Taxable dependent care benefits from Form 2441, line 26 |  |
| 1f | Employer-provided adoption benefits from Form 8839, line 29 |  |
| 1g | Wages from Form 8919, line 6 |  |
| 1h | Other earned income (see instructions) |  |
| 1i | Nontaxable combat pay election (see instructions) |  |
| 1z | Add lines 1a through 1h |  |
| 2a | Tax-exempt interest |  |
| 2b | Taxable interest |  |
| 3a | Qualified dividends |  |
| 3b | Ordinary dividends |  |
| 4a | IRA distributions |  |
| 4b | Taxable amount |  |
| 5a | Pensions and annuities |  |
| 5b | Taxable amount |  |
| 6a | Social security benefits |  |
| 6b | Taxable amount |  |
| 6c | If you elect to use the lump-sum election method, check here (see instructions) [ ] |  |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here [ ] |  |
| 8 | Other income from Schedule 1, line 10 | [redacted] |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income** | [redacted] |
| 10 | Adjustments to income from Schedule 1, line 26 | [redacted] |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | [redacted] |
| 12 | **Standard deduction or itemized deductions** (from Schedule A) | [redacted] |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A |  |
| 14 | Add lines 12 and 13 | [redacted] |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | [redacted] |

Attach Sch. B if required.

**Standard Deduction for —**
- Single or Married filing separately, $12,950
- Married filing jointly or Qualifying surviving spouse, $25,900
- Head of household, $19,400
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.

Form **1040** (2022)

UYA

February 28, 2024

YUN CHAN
127-08 25TH AVE
College Point, NY 11356

Please find enclosed a copy of your 2023 federal income tax return for your records. Your federal return was e-filed and accepted by the IRS on ;  therefore, do not mail your federal Form 1040 to the IRS.

███████████████████████████████████████████████████
███████████████

If you have any questions about your tax return, please contact us. Thank you for letting us be of service to you.

Sincerely,

QIANG WANG
88 BARRINGTON DR
PALM COAST, FL 32137
(718)710-7268 or (718)710-7268

02/28/24   04:23 PM

February 28, 2024

YUN CHAN
127-08 25TH AVE
College Point, NY 11356

Please find enclosed a copy of your 2023 New York income tax return for your records. Your New York return was electronically filed and accepted by the New York Processing Center on ; therefore, do not mail your New York return to the New York Department of Taxation and Finance.

███████████████████████████████████████████████████████████
████████████████████ .

If you have any questions about your tax return, please contact us. Thank you for letting us be of service to you.

Sincerely,


QIANG WANG
88 BARRINGTON DR
PALM COAST, FL 32137
(718)710-7268 or (718)710-7268

02/28/24  04:23 PM

# Form 1040 — U.S. Individual Income Tax Return (2023)

Department of the Treasury—Internal Revenue Service
OMB No. 1545-0074    IRS Use Only—Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2023, or other tax year beginning _____, 2023, ending _____    See separate instructions.

**Your first name and middle initial:** YUN
**Last name:** CHAN
**Your social security number:** [redacted]

**If joint return, spouse's first name and middle initial:**
**Last name:**
**Spouse's social security number:**

**Home address (number and street):** 127-08 25TH AVE
**Apt. no.:**
**City, town, or post office:** College Point
**State:** NY
**ZIP code:** 11356
**Foreign country name:**
**Foreign province/state/county:**
**Foreign postal code:**

**Presidential Election Campaign** — Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund.
[ ] You    [ ] Spouse

**Filing Status** (Check only one box.):
[X] Single
[ ] Married filing jointly (even if only one had income)
[ ] Married filing separately (MFS)
[ ] Head of household (HOH)
[ ] Qualifying surviving spouse (QSS)

If you checked the MFS box, enter the name of your spouse. If you checked the HOH or QSS box, enter the child's name if the qualifying person is a child but not your dependent: _____

**Digital Assets:** At any time during 2023, did you: (a) receive (as a reward, award, or payment for property or services); or (b) sell, exchange, or otherwise dispose of a digital asset (or a financial interest in a digital asset)? (See instructions.)    [ ] Yes    [X] No

**Standard Deduction** — Someone can claim: [ ] You as a dependent    [ ] Your spouse as a dependent
[ ] Spouse itemizes on a separate return or you were a dual-status alien

**Age/Blindness** — You: [ ] Were born before January 2, 1959    [ ] Are blind    Spouse: [ ] Was born before January 2, 1959    [ ] Is blind

**Dependents** (see instructions): If more than four dependents, see instructions and check here [ ]

| (1) First name    Last name | (2) Social security number | (3) Relationship to you | (4) Check if qualifies for: Child tax credit | Credit for other dependents |
|---|---|---|---|---|
|  |  |  | [ ] | [ ] |
|  |  |  | [ ] | [ ] |
|  |  |  | [ ] | [ ] |
|  |  |  | [ ] | [ ] |

**Income** — Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld. If you did not get a Form W-2, see instructions.

| Line | Description | Amount |
|---|---|---|
| 1a | Total amount from Form(s) W-2, box 1 (see instructions) | [redacted] |
| 1b | Household employee wages not reported on Form(s) W-2 |  |
| 1c | Tip income not reported on line 1a (see instructions) |  |
| 1d | Medicaid waiver payments not reported on Form(s) W-2 (see instructions) |  |
| 1e | Taxable dependent care benefits from Form 2441, line 26 |  |
| 1f | Employer-provided adoption benefits from Form 8839, line 29 |  |
| 1g | Wages from Form 8919, line 6 |  |
| 1h | Other earned income (see instructions) |  |
| 1i | Nontaxable combat pay election (see instructions) |  |
| 1z | Add lines 1a through 1h | [redacted] |
| 2a | Tax-exempt interest |  |
| 2b | Taxable interest |  |
| 3a | Qualified dividends |  |
| 3b | Ordinary dividends |  |
| 4a | IRA distributions |  |
| 4b | Taxable amount |  |
| 5a | Pensions and annuities |  |
| 5b | Taxable amount |  |
| 6a | Social security benefits |  |
| 6b | Taxable amount |  |
| 6c | If you elect to use the lump-sum election method, check here [ ] |  |
| 7 | Capital gain or (loss). Attach Schedule D if required. If not required, check here [ ] |  |
| 8 | Additional income from Schedule 1, line 10 | [redacted] |
| 9 | Add lines 1z, 2b, 3b, 4b, 5b, 6b, 7, and 8. This is your **total income**. | [redacted] |
| 10 | Adjustments to income from Schedule 1, line 26 | [redacted] |
| 11 | Subtract line 10 from line 9. This is your **adjusted gross income** | [redacted] |
| 12 | Standard deduction or itemized deductions (from Schedule A) | [redacted] |
| 13 | Qualified business income deduction from Form 8995 or Form 8995-A |  |
| 14 | Add lines 12 and 13 | [redacted] |
| 15 | Subtract line 14 from line 11. If zero or less, enter -0-. This is your **taxable income** | [redacted] |

Attach Sch. B if required.

Standard Deduction for—
- Single or Married filing separately, $13,850
- Married filing jointly or Qualifying surviving spouse, $27,700
- Head of household, $20,800
- If you checked any box under Standard Deduction, see instructions.

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.
UYA
Form **1040** (2023)