AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

Eastern    DISTRICT OF    New York

YUN CHAN

V.

JUDITH ALMODOVAR et al.

## EXHIBIT AND WITNESS LIST

Case Number: 2:25-cv-05095 (JS)

| PRESIDING JUDGE<br>Joanna Seybert | PLAINTIFF'S ATTORNEY<br>D. Oliwenstein, C. Perez, A. Wiktor | DEFENDANT'S ATTORNEY<br>M. Dickman, D. Leonardo, T. Price |
|---|---|---|
| TRIAL DATE (S)<br>09-17-2025 | COURT REPORTER<br>Paul Lombardi | COURTROOM DEPUTY<br>Doreen Flanagan |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
|   |   | 9/17/2025 |   |   | Petitioner's Witness (Direct Examination): Petitioner - Yun Chan |
| 1 |   | 9/17/2025 | X | X | Notice of Revocation of Release |
|   |   | 9/17/2025 |   |   | Respondents' (Cross Examination): Petitioner - Yun Chan |
|   | A | 9/17/2025 | X | X | Declaration of Yun Chan dated September 16, 2025 |
|   |   | 9/17/2025 |   |   | Petitioner's Witness (Re-Direct Examination): Petitioner - Yun Chan |
|   | B | 9/17/2025 | X | X | Emails dated September 12, 2025 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of   1   Pages