**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------X
YUN CHAN,

                Petitioner,

- against -

JUDITH ALMODOVAR, in her official capacity as Acting Field Office Director of New York, Immigration and Customs Enforcement; TODD LYONS, in his official capacity as Acting Director U.S. Immigration and Customs Enforcement; KRISTI NOEM, in her official capacity as Secretary of Homeland Security; PAM BONDI, in her official capacity as Attorney General; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT

                Respondent.
-------------------------------------------------------X

**JUDGMENT**
CV 25-5095 (JS)

An Order of Honorable Joanna Seybert, United States District Judge, having been filed on September 18, 2025, granting Petitioner's Petition for a Writ of Habeas Corpus, ECF #1; it is

**ORDERED AND ADJUDGED** that Petitioner's Petition for a Writ of Habeas Corpus, ECF #1, is granted, and the Respondents are ordered to immediately release Petitioner from Custody, subject to the conditions of his preexisting Order of Supervision; Respondent shall file a Certificate of Compliance with this ruling by close of business of September 18, 2025; the Clerk of the Court is to mark this case closed.

Dated: September 18, 2025
       Central Islip, New York

                                                    BRENNA B. MAHONEY
                                                    CLERK OF COURT

                                       By:    /s / Henry Matute
                                                      Deputy Clerk