UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Yun CHAN,** )<br>)<br>*Plaintiff-Petitioner,* )<br>)<br>v. )<br>)<br>**Judith ALMODOVAR**, in her official capacity as )<br>Acting Field Office Director of New York, )<br>Immigration and Customs Enforcement; **Todd** )<br>**LYONS**, in his official capacity as Acting Director )<br>U.S. Immigration and Customs Enforcement; **Kristi** )<br>**NOEM** in her official capacity as Secretary of )<br>Homeland Security; **Pam BONDI**, in her official )<br>capacity as Attorney General; **U.S. Department of** )<br>**Homeland Security**; and **U.S. Immigration and** )<br>**Customs Enforcement,** )<br>*Defendants-Respondents.* )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 1:25-cv-05095<br><br>**AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK     )
                                              ss.:
COUNTY OF NEW YORK )

Camille Starks, being duly sworn, deposes and says:

1. I am not a party to the within action, am over 18 years of age and reside in Monmouth County, in the state of New Jersey.

2. On September 12, 2025, I served copies of Summons in a Civil Action, Verified Petition for a Writ of Habeas Corpus and Complaint, Notices of Appearances of Pro Bono Counsel, Notice of Emergency Motion for a Temporary Restraining Order, Memorandum of Law in Support of Emergency Motion for a Temporary Restraining Order, Declaration in Support of Emergency Motion for a Temporary Restraining Order of Andrew Wiktor, Esq. with Exhibits, [Proposed] Order Granting Emergency Motion for a Temporary Restraining Order, Civil Cover Sheet, So Ordered Order by Paul A. Engelmayer, U.S.D.J. dated September 10, 2025, Electronic Case Filing Rules & Instructions, Individual Rules & Practices of Hon. Joanna Seybert, U.S.D.J., and Order to Show Cause signed by Margaret M. Garnett, U.S.D.J listed below by depositing true copies of same enclosed in certified mail. Defendants were served individually and pursuant to FRCP 4(i) via the Civil Process Clerk of the US Attorney's Office for the U.S.D.C. – E.D.N.Y, and the US Attorney General as indicated below.

*Via USPS Certified Mail*
PAM BONDI
950 Pennsylvania Avenue NW,
Washington, DC 20530

*Via USPS Certified Mail*
TODD LYONS
26 Federal Plaza 9th Floor, Suite 9-110,
New York, NY 10278

*U.S. Immigration and Customs Enforcement*
*Via USPS Certified Mail*
U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT
500 12th St SW
Washington, DC 20536

*U.S. Immigration and Customs Enforcement*
*Via USPS Certified Mail*
USCIS OFFICE OF THE CHIEF COUNSEL
5900 Capital Gateway Drive
Mail Stop 2120
Camp Springs, MD 20588-0009

*U.S. Department of Homeland Security*
*Via USPS Certified Mail*
U.S. DEPARTMENT OF HOMELAND SECURITY
Secretary of Homeland Security
3801 Nebraska Avenue, NW
Washington, DC 20528

*U.S. Department of Homeland Security*
*Via USPS Certified Mail*
OFFICE OF THE GENERAL COUNSEL
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave, SE
Washington, DC 20528-0485

*U.S. Department of Homeland Security*
*Via USPS Certified Mail*
OFFICE OF THE GENERAL COUNSEL
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485

*Via USPS Certified Mail*
JUDITH ALMODOVAR
26 Federal Plaza 9th Floor, Suite 9-110,
New York, NY 10278

*Via USPS Certified Mail*
KRISTI NOEM
Secretary of Homeland Security
3801 Nebraska Avenue NW,
Washington DC 20528

*Via USPS Certified Mail*
CIVIL PROCESS CLERK FOR THE
UNITED STATES ATTORNEY'S
OFFICE FOR THE EASTERN
DISTRICT OF NEW YORK
271 Cadman Plaza E,
Brooklyn, NY 11201

*Via USPS Certified Mail*
U.S. DEPARTMENT OF JUSTICE
Justice Management Division
950 Pennsylvania Avenue, NW
Room 1111
Washington, DC 20530-0001

*U.S. Department of Homeland Security*
*Via USPS Certified Mail*
ATTN: REGULATORY AFFAIRS LAW DIVISION
U.S. Department of Homeland Security
2707 Martin Luther King Jr. Ave, SE
Mail Stop 0485
Washington, DC 20528-0485

*U.S. Department of Homeland Security*
*Via USPS Certified Mail*
ATTN: REGULATORY AFFAIRS LAW DIVISION
U.S. Department of Homeland Security
245 Murray Lane, SW
Mail Stop 0485
Washington, DC 20528-0485

PAMELA REAL
Notary Public, State of New York
No. 01RE6248384
Qualified in Queens County
Certificate Filed in New York County
Commission Expires September 19, 20 27

Sworn to before me this
18th day of September, 2025

Notary Public

Camille Starks