

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*610 Federal Plaza*
*Central Islip, New York 11722*

September 18, 2025

Honorable Joanna Seybert
United States District Judge
100 Federal Plaza
Central Islip, New York 11722

   Re: <u>Chan v. Almodovar et al.,</u> No. 25-cv-5095 (Seybert, J.)

Dear Judge Seybert:

  This Office represents Defendants in the above-referenced action. Defendants submit this Certificate of Compliance pursuant to Your Honor's September 17, 2025, Minute Entry Order to confirm that Petitioner, Yun Chan, was released from U.S. Immigration and Customs Enforcement custody on September 17, 2025.

           Respectfully submitted,
           JOSEPH NOCELLA, JR.
           United States Attorney

      By: <u>/s/ Thomas R. Price</u>
         Thomas R. Price
         Assistant U.S. Attorney
         (631) 715-7893
         thomas.price@usdoj.gov

cc: All counsel of record (via ECF)